-2-

# EXHIBIT B

Civil Actions

# Case Summary

## Case No. 2026-CAB-002871

| | | | |
|---|---|---|---|
| **Hande Muge Aksu v. The George Washington University** | § § § | Location: Judicial Officer: Filed on: | **Civil Actions** **Raffinan, Maribeth** **04/30/2026** |

---

## Case Information

Case Type:  General Civil

Subtype:  Deceit (Misrepresentation)

Case Status:  **04/30/2026  Open**

---

## Assignment Information

**Current Case Assignment**

Case Number      2026-CAB-002871
Court            Civil Actions
Date Assigned    04/30/2026
Judicial Officer Raffinan, Maribeth

---

## Party Information

*Lead Attorneys*

**Plaintiff**   **Aksu, Hande Muge**

Adnan Kahveci Mah. Avrupa Cad. No:70/1 D10
Beylikduzu, Istanbul
Turkey
34528

**Pro Se**
Adnan Kahveci Mah. Avrupa Cad. No:70/1 D10
Beylikduzu, Istanbul
Turkey
34528
handemaksu@hotmail.com

**Defendant**   **The George Washington University**

2121 I Street NW
Suite 701

Washington, DC 20052

---

## Events and Orders of the Court

04/30/2026
Appl. to Proceed w/o Prepayment of Cost Filed     (Judicial Officer: Judge In, Chambers)
    Docketed On:   04/30/2026
    Filed By:   Plaintiff Aksu, Hande Muge


04/30/2026     Appl. to Proceed w/o Prepayment of Cost Granted by Clerk

04/30/2026

Complaint eFiled
    *No Summons or Infromation Sheet*
    Docketed on:   04/30/2026
    Filed by:   Plaintiff Aksu, Hande Muge

04/30/2026

Initial Order [Remote]     (Judicial Officer: Raffinan, Maribeth)

04/30/2026     Notice eServed to Filer

04/30/2026

Motion For Alternative Service Filed
    *Motion for Alternative Service*
    Docketed on:   05/01/2026
    Filed by:   Plaintiff Aksu, Hande Muge

05/02/2026

Initial Summons Requested as to
    *The George Washington University*
    Docketed on:   05/04/2026
    Party:   Plaintiff Aksu, Hande Muge

05/08/2026

Motion Filed
    *Motion for remote access to all orders and docket entries in this case*
    Docketed on:   05/12/2026
    Filed by:   Plaintiff Aksu, Hande Muge

05/08/2026

Affidavit/Declaration of Service of Posting
    Docketed On:   05/12/2026
    Filed By:   Plaintiff Aksu, Hande Muge

05/15/2026
Motion Filed
*Motion Requesting Court-Assisted Service*
Docketed on: 05/18/2026
Filed by: Plaintiff Aksu, Hande Muge

05/15/2026
Motion for Subpoena Duces Tecum Filed
*Motion Requesting Issuance of Subpoena Duces Tecum*
Docketed on: 05/18/2026
Filed by: Plaintiff Aksu, Hande Muge

05/16/2026
Affidavit/Declaration of Service of Summons and Complaint
*Affidavit of Service by E-mail.*
Docketed On: 05/18/2026
Filed By: Plaintiff Aksu, Hande Muge
Served On: Defendant The George Washington University

05/16/2026

Exhibit Filed
*Presentation of Exhibit A and Exhibit A in Support of Motion to Issue Subpoena Duces Tecum*
Docketed on: 05/18/2026
Filed by: Plaintiff Aksu, Hande Muge

08/07/2026
**Remote Initial Scheduling Conference** (9:30 AM) (Judicial Officer: Raffinan, Maribeth)

---

## Financial Information

**Plaintiff** Aksu, Hande Muge
Total Financial Assessment 200.00
Total Payments and Credits 200.00
**Balance Due as of 05/18/2026** **0.00**