

# Maryland Judiciary Case Search & Record Portal

Sign In / Register

**NOTICE:** For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing - Attorneys | Maryland Courts

Case event comments restored to legacy case search configuration.

---

File Date: **01/08/2014**

Docket Entry Name: **Court Proceeding**

Comment: **Type: Docket; Code: 686; Filed by: C Court; Text: HEARING CONTINUED (SAVAGE, J.) ON DEFENDANT'S EMERGENCY MOTION FOR CHANGE OF VISITATION (#135).; Tape# 15-140108 Start# 09:16:22 Stop# 12:34:21 Sessions 2 Tape# 15-140108 Start# 13:22:02 Stop# 16:44:44 Sessions 2 ; User Name: BRANDON3**

---

File Date: **01/08/2014**

Docket Entry Name: **Order**

Comment: **Type: Docket; Code: 236; Filed by: C Court; Text: COURT (SAVAGE, J.) AWARDS SOLE LEGAL CUSTODY TO THE PLAINTIFF AND AWARDS SOLE PHYSICAL CUSTODY TO THE PLAINTIFF WITH REASONABLE VISITATION AWARDED TO THE DEFENDANT. ORDER TO BE SUBMITTED.; User Name: BRANDON3**

---

File Date: **01/08/2014**

Docket Entry Name: **Exhibit Sheet/List**

Comment: **Type: Docket; Code: 495; Filed by: C Court; Text: EXHIBIT SHEET, FILED.; User Name: BRANDON3**

---

File Date: **01/08/2014**

Docket Entry Name: **Order - Motion/Request/Petition Moot**

Comment: **Type: Docket; Code: 1739; Filed by: C Court; Text: THE MOTION AT TAB #134 AND 135 HAS BEEN DEEMED MOOT.; User Name: BRANDON3**

Copyright © 2026. Maryland Judiciary. All rights reserved. | Environment: PROD | Version: 1.1

## Maryland Judiciary Case Search & Record Portal

NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing - Attorneys | Maryland Courts

Case event comments restored to legacy case search configuration.

File Date: **01/06/2014**

Docket Entry Name: **Court Proceeding**

Comment: **Type: Ruling; Code: 135; Status: Denied; Filed by: C Court; Text: HEARING ON DEFENDANT'S EMERGENCY MOTION FOR CHILD SUPPORT (#136) (SAVAGE, J.)-DENIED AS TO EMERGENCY BASIS. PLAINTIFF APPEARED WITH COUNSEL, MR. ELLING. DEFENDANT APPEARED PRO SE.; Tape# 15-140106 Start# 10:29:39 Stop# 12:59:10 Sessions 2 Tape# 15-140106 Start# 14:10:46 Stop# 16:50:38 Sessions 2 ; User Name: MIGUELM4**

File Date: **01/06/2014**

Docket Entry Name: **Court Proceeding**

Comment: **Type: Docket; Code: 531; Filed by: C Court; Text: TRIAL BEFORE THE COURT (SAVAGE, J.) AS TO CUSTODY MERITS (#1). PLAINTIFF APPEARED WITH COUNSEL, MR. ELLING. DEFENDANT APPEARED PRO SE. BIA MS. MAGYER.; Tape# 15-140106 Start# 10:29:39 Stop# 12:59:10 Sessions 2 Tape# 15-140106 Start# 14:10:46 Stop# 16:50:38 Sessions 2 ; User Name: MIGUELM4**

File Date: **01/06/2014**

Docket Entry Name: **Court Proceeding**

Comment: **Type: Docket; Code: 135; Filed by: C Court; Text: HEARING (SAVAGE, J.) ON DEFENDANT'S EMERGENCY MOTION TO MODIFY CUSTODY (#134).; Tape# 15-140106 Start# 10:29:39 Stop# 12:59:10 Sessions 2 Tape# 15-140106 Start# 14:10:46 Stop# 16:50:38 Sessions 2 ; User Name: MIGUELM4**