For addressograph plate

JOHNS HOPKINS INSTITUTIONS
Johns Hopkins Hospital
Johns Hopkins Bayview Medical Center
Howard County General Hospital

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION

• NOT TO BE USED IN CONNECTION WITH HEALTH INFORMATION FROM SUBSTANCE ABUSE TREATMENT OR MENTAL HEALTH PROGRAMS.

All items on this authorization must be completed or the request will not be honored.  Use "N/A" if not applicable.

| Patient Name: | Hande (first)           M (m. initial)           AKSU (last) |
|---|---|
| Address: | 14241 Arbor Forest Dr #303 (street address) |
| | Rockville (city)      MD (state)      20850 (zip code) |
| Medical Record #: | 8-357-88-79      Birth Date: 04/29/1982 |

For this authorization, "My Health Information" means:

☒ Abstract (discharge summary, operative notes, clinic notes, diagnostic testing)
☒ Billing Record
☒ Discharge Summary
___ Mental Health Records
___ Operative Report
___ Admission History & Physical
___ Immunization Record
___ Other: _____

___ Discussion with Healthcare Provider
___ Outpatient Record
___ Diagnostic Test/Results (lab, x-rays and other test results)
___ Drug & Alcohol Treatment Record
___ Pathology Report
___ Emergency Room Record

For the date(s) of service from: 18 April 2003    to: 1 May 2003
[insert date(s) of service requested]

I do ☒ do not ☐ want records received from other healthcare providers that are a part of my Johns Hopkins records included in this request.  (If neither box is checked those records will be provided if the request is for all records.)

I authorize ____ h. aksu ____ [insert entity]

to provide My Health Information ☒ to me  ☐ to another person or entity

_____ for _____ [insert purpose]
[insert name of other person or entity, if applicable]

My Health Information should be sent to:

_____
[insert contact name at entity, if applicable]

_____
[insert street address]

_____
[insert city, state and zip code]

Page 1 of 2

I understand there may be a charge for copying and handling my request. I understand that all fees will be in comp. with applicable Maryland guidelines. By signing this authorization, I agree to pay these fees at the time this request is made.

I understand that:

- This authorization is voluntary. My treatment will not be impacted, no matter if I sign this authorization or not.
- If I do not sign this authorization, Johns Hopkins will not disclose My Health Information as requested.
- I will receive a copy of this authorization upon signature.
- This authorization is valid for one year from date signed, unless I revoke this authorization or unless an earlier date is specified here: _____. I may revoke this authorization by mailing or faxing my written request along with a copy of the original authorization to the clinic or department where my authorization was made or given.
- Once My Health Information is disclosed as requested, it may no longer be protected by federal and state privacy laws, and could be re-disclosed by the person(s) receiving it.
- The medical information released may contain information related to HIV status, AIDS, sexually transmitted diseases, mental health, drug and alcohol abuse, etc.

Signature of Patient only: _____   Date: DEC 31, 2012
(Required)

If you are NOT the patient but are signing on behalf of the patient complete the following:

I, _____
(print your name)
confirm that I am the legally appointed representative for the patient and I have CIRCLED my relationship to the patient below:

- Parent with Parental Rights
- Registered Kinship Care Relative
- Court Appointed Guardian
- Legally Appointed Healthcare Agent
- Medical Power of Attorney
- Power of Attorney with Right to See Medical Records
- Surrogate Decision Maker
- Court Appointed Personal Representative of Deceased

Representative's Signature: _____   Date: _____
(Required)

Address: _____   Phone: _____

You must attach proof of your authority to act on behalf of the patient as circled above (other than parent).

k:\USER\Internet Strategy and Web Services\Hopkinsmedicine Production and Updates\JHH Medical Records\A 2 1 c Auth for Release of Medreds.doc
Standard Register HIPAA-13N
Original -- Medical Records     Copy -- Patient/Legal Representative     Effec. Date 12/1/08

 JOHNS HOPKINS
M  E  D  I  C  I  N  E

Johns Hopkins Medicine                                                                    *Clinic Note*

| | |
|---|---|
| **Name:** Aksu, Hande M. | **History:** 8-357-88-79 |
| **Address:** Turunc li Mahallesi<br>1 Sokak #12<br>Istanbul FO 77777 | **Visit Date:** 06/17/2003 |
| **Phone:** (212)202-7808 | **Location:** 163A |
| **DOB:** 04/29/1982 | |
| **Race:** White | |
| **Gender:** Female | |
| **Primary Provider:** Olivi,Alessandro | |
| **Other Provider:** | **Document No:** 30969710030 |

**Reason for Visit:**

Followup visit.

**History of Present Illness:**

The patient is status post resection of a large midbrain low-grade tumor. The patient comes into the clinic for a regular followup visit. Her swelling on the level of the incision has essentially resolved entirely. The patient is still on Coumadin for a problem of a sinus thrombosis. However, she has not been on a therapeutic level for quite a while.

**Assessments:**

She has done reasonably well considering the significant surgical resection at the level of the midbrain that she had. The patient has a bilateral 3rd nerve palsy which is slowly improving. We have been on a tapering dose of steroids, and the patient has felt better. At the present, time what I would recommend is to start her on aspirin and discontinue the Coumadin. I would like to see an MRI in a few months as a part of regular followup. The patient is going to go back to Turkey to see us in clinic on a regular basis for the scheduled followup visits.

**Dictated By:**

OLIVI, ALESSANDRO, M.D./297/205 D: 06/26/2003  T: 06/28/2003


SIGNED BY:  OLIVI, ALESSANDRO
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 07/11/2003


Note:  This clinic note provides information pertaining only to the patient's most recent visit.  A more detailed medical history is available in the Medical Record.

**Aksu, Hande M. (8-357-88-79)**                    **SIGNED DOCUMENT**                    **Printed: 12/31/2012**

Page 1 of 1

 JOHNS HOPKINS
M E D I C I N E

## Johns Hopkins Medicine

*Clinic Note*

| | | | |
|---|---|---|---|
| **Name:** | Aksu, Hande M. | **History:** | 8-357-88-79 |
| **Address:** | Turunc li Mahallesi 1 Sokak #12 Istanbul FO 77777 | **Visit Date:** | 05/13/2003 |
| **Phone:** | (212)202-7808 | **Location:** | 163 |
| **DOB:** | 04/29/1982 | | |
| **Race:** | White | | |
| **Gender:** | Female | | |
| **Primary Provider:** | Olivi,Alessandro | | |
| **Other Provider:** | | **Document No:** | 87055710030 |

**Reason for Visit:**

Followup visit in patient status post resection of a large midbrain tumor involving the tectum and extending into the hypothalamus.

**History of Present Illness:**

Ms. Aksu comes back to the clinic for a followup visit. The patient is status post resection of a recurrent low-grade glioma involving the brainstem and extending into the hypothalamus. Postoperatively the patient had a significant bilateral 3rd nerve palsy. She also developed a radiologically documented thrombosis of the dural venous drainage, namely the straight sinus and the transverse sinus on the left. She is slowly improving as far as that problem. She is now able to open her eyes 30 percent. She still has significant problems with the eye movements but she is slowly improving. She has also been on steroids, and she has started to develop some cushingoid features. The patient appears still to be quite weak and unstable on her feet.

The postoperative MRI showed a significant reduction in the size of the mass in the midbrain.

The patient would like go back to Turkey with her father. I would like to taper down the steroids before she leaves. The patient is presently on Coumadin, and I would like to keep her on that for at least 6 months. I will also repeat an MRI to assess both the size of the tumor and the situation of her thrombosis. Fortunately she did not develop any problems related to a complete occlusion of the venous system.

I explained to the patient and her family my plan. I would like to obtain a repeat MRI in a few months, complete also the steroid taper, and continue the Coumadin treatment.

**Dictated By:**

OLIVI, ALESSANDRO, M.D./290 D: 05/17/2003 T: 05/19/2003

SIGNED BY: OLIVI, ALESSANDRO
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 06/03/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

Aksu, Hande M. (8-357-88-79)          **SIGNED DOCUMENT**          Printed: 12/31/2012

Page 1 of 1



## Johns Hopkins Hospital

### *Discharge Summary*

| | | | |
|---|---|---|---|
| **Name:** | Aksu, Hande M. | **History:** | 8-357-88-79 |
| **Address:** | Turunc li Mahallesi 1 Sokak #12 Istanbul FO 77777 | | |
| **Phone:** | (212)202-7808 | **Admitted:** | 04/18/2003 |
| **DOB:** | 04/29/1982 | **Discharged:** | 05/02/2003 |
| **Race:** | White | **Length of Stay:** | 14 |
| **Gender:** | Female | **Service:** | NUS |
| **Primary Provider:** | Olivi,Alessandro | **Discharge Location:** | MEY-8 |
| **Other Provider:** | | **Document No:** | 33129400010 |

**Diagnoses/Problems:**

1. Primary Diagnosis: Midbrain recurrent astrocytoma with ring enhancement.

**Procedures:**

1. Suboccipital craniectomy with resection of midbrain tumor extending into the hypothalamus via microsurgical detection.
2. Cranioplasty of suboccipital defect with titanium mesh.

**History, Major Findings and Hospital Course:**

History of Present Illness: Ms. Aksu is a very pleasant 21-year- old lady from Turkey. She currently is a student at George Washington University and is studying international business. She underwent a suboccipital craniotomy with excellent resection of her mid brain polycystic astrocytoma at the age of 12. This surgery was done in Arkansas. Subsequently she also required the placement of a VP shunt. She has been doing well since then and had serial MRI scans done every few years. She has now recently presented with a history of dizziness, trouble with balance, diplopia, and limited eye movement. An MRI was recently obtained which showed the progression of this midbrain tumor now with enlargement and ring enhancement.

On 04/18/03, the patient was taken to the operating room at Johns Hopkins Hospital and underwent a suboccipital craniectomy with resection of midbrain tumor extending into the hypothalamus. She tolerated this procedure well and postoperatively was admitted to the NCCU in critical condition. At the time, she was maintained in strict I's and O's, TEDS, and SCDs, folate to gravity, head of bed risen to 30 degrees at all times, vital signs and neurological checks per routine, and was placed on a Decadron taper. She was also placed on sliding-scale insulin to cover glucose.

Postoperatively the patient was very sleepy but arousable with no spontaneous or purposeful eye movements or eye opening. Her speech was very slow and garbled. Because there was a question of ability to swallow adequately, an NG tube was placed for feeding and medications. She was maintained in the Intensive Care Unit for postoperative management until her transfer to the floor on 04/22. She was transferred to the nursing unit in stable condition. At this time, an OT/PT and SLP consults were obtained. She was out of bed with assist and still maintained on strict I's and O's, TEDS, and SCDs. She was also continued on a Decadron taper.

The patient still was unable to purposely open eyes effectively and had evidence of an ongoing third nerve palsy. OT/PT was intimately involved in advancing her activity as tolerated. The patient continued with slurred speech, dizziness, generalized weakness, and bilateral ptosis and 3rd nerve palsy. Her activity was advanced very slowly as tolerated. She progressed slowly and was soon ambulated to bathroom with assistance.

On 04/26/03, a CT was performed which showed abnormally hyperdense sigmoid and straight venous sinuses which was highly suspicious for venous thrombosis. Therefore an MRI was obtained to confirm these findings. Indeed there was high-signal intensity found within the straight, transverse, and sigmoid sinuses.

At this time, the decision was made to place the patient on a heparin drip with eventual conversion to Coumadin if tolerated. The patient continued to progress well and tolerated her Coumadin and was then started on a Coumadin for long-term management.

Her neurological status continued to wax and wane throughout the next several days; however, small progress was made daily. The patient was eating and ambulating with an assist of 1-2 people. The patient's bilateral 3rd nerve palsy and ptosis continued. The patient was eventually discharged to home on Coumadin therapy on 05/02/03 in the care of her parents and extended family. The patient will continue on Coumadin therapy and followup with her primary. The patient will stay here in the United States for several more weeks while continued healing occurs. Dr. Olivi has made himself fully available to the family at any time for any questions or concerns.

At the time of discharge, the patient's suboccipital cranial tissue was clean, dry, and intact, and sutures had been previously removed. No evidence of redness, drainage, or swelling were noted at this time.

**Discharge Medications:**

Decadron - taper as directed.

Zantac - 150 mg p.o. b.i.d.

Coumadin - per instructions.

Tylenol - p.r.n. pain.

**Discharge Instructions:**

Diet: Regular as tolerated.

Activity: Physical activity normal as tolerated with no driving or lifting.

Other: The patient was instructed to call Dr. Olivi's office for followup in 4-6 weeks. The patient was also instructed to call local doctor in Virginia for instructions regarding Coumadin therapy. The patient's family was also instructed to call Dr. Olivi's office to report immediately any of the following: Swelling, drainage, redness from wound area, chills or temperature greater than 101 degrees Fahrenheit, development of weakness, numbness, change in consciousness, seizure, or severe headaches, and/or any other neurological concerns.

**Dictated By:**

MACENKA, DEANNA, R.N./767 D: 06/19/2003  T: 06/19/2003

SIGNED BY:  OLIVI, ALESSANDRO
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 06/23/2003

Note: This summary provides information pertaining only to the patient's most recent hospitalization. A more detailed medical history is available in the Medical Record.

**Aksu, Hande M. (8-357-88-79)**          **SIGNED DOCUMENT**          **Printed: 12/31/2012**

 **JOHNS HOPKINS**
M E D I C I N E

## Johns Hopkins Hospital

*Operative Report*

| | |
|---|---|
| **Name:** Aksu, Hande M. | **History:** 8-357-88-79 |
| **Address:** Turunc li Mahallesi 1 Sokak #12 Istanbul FO 77777 | **Date of Operation:** 04/18/2003 |
| **Phone:** (212)202-7808 | **Service:** NUS |
| **DOB:** 04/29/1982 | |
| **Race:** White | |
| **Gender:** Female | |
| **Attending Surgeon:** Olivi,Alessandro | |
| **Assistant(s):** Lesniak,Maciej Stanislaw Lawson,Herman Christopher | **Document No:** 26377300020 |

**Title of Operation:**

Suboccipital craniectomy with resection of midbrain tumor extending into the hypothalamus (CPT Code: 61518.)

Microsurgical dissection (CPT Code: 69990.)

Cranioplasty of suboccipital defect with titanium mesh (CPT Code: 62140.)

**Indications for Surgery:**

The patient is a 21-year-old lady from Turkey, presently a student at GW, with a previous history of a midbrain tumor, operated several years ago in Arkansas. The diagnosis at that time was one of pyelocytic astrocytoma. The patient was followed with serial MRIs, and lately, the study showed an interval growth of the mass. Because of the clinical and radiological picture, accompanied by problems with the extraocular movements, namely upward gaze paralysis, we recommended surgical exploration of the area with possible resection. The risks and benefits of the operation were fully explained to the patient and her family. An informed consent was obtained.

**Preoperative Diagnosis:**

Midbrain recurrent astrocytoma with ring enhancement (ICD-9 Code: 225.)

**Postoperative Diagnosis:**

Midbrain recurrent astrocytoma with ring enhancement (ICD-9 Code: 225.)

**Anesthesia:**

General.

**Surgeons Narrative:**

Note: Dr. Lawson was the assistant for the opening and closure.

Estimated Blood Loss: 450 cc.

Position: Prone (Concord position) with the head in the three-pin Mayfield headrest.

Aksu, Hande M. (8-357-88-79)                **SIGNED DOCUMENT**                Printed: 12/31/2012

Page 1 of 2

Description: The patient was taken to the operating room and placed under general endotracheal anesthesia in the supine position. The patient was then placed in the three-pin Mayfield headrest and placed in the prone position with a Concord shave. The posterior portion of the head was shaved and prepped with Betadine in the usual manner. After sterile draping, an incision was performed over the old surgical incision. The subcutaneous tissue was incised. The previous craniectomy area was identified. The craniectomy was extended using different sized rongeurs. The dura underneath was identified and opened in a V shape. At this point, the dura was reflected superiorly. The cerebellum was seen. The right hemisphere appeared to be previously violated by the surgery. Both hemispheres were identified, and a supracerebellar, infratentorial approach was selected to reach the deep areas of the midbrain and pineal region.

At this point, the microscope was introduced in the operative field. The rest of the dissection was carried out with microscopic visualization. The upper portion of the vermis was separated from the adhesions and the upper portion of the tentorium. After exposing the area of the vein of Galen and the two Rosenthal veins, the vermis was retracted inferiorly, and an abnormal area was found at the level of the brainstem. This area was entered, and a significant amount of abnormal tissue was identified. Several sections were sent out to the Department of Surgical Pathology, and the diagnosis of a low-grade astrocytoma was obtained. The tumor was removed in a piecemeal fashion using also the Cavitron ultrasonic aspirator. Hemostasis was accomplished with the use of the bipolar electrocautery unit. The tumor was removed also in its anterior extension toward the hypothalamus. It appeared clear that the tumor did not have a clear-cut margin all around, but it was possible to identify the gross abnormalities of the tissue, and that tissue was removed.

Hemostasis was accomplished with the use of the bipolar electrocautery unit. A very generous resection of the tumor was accomplished, even though it is not possible to establish whether the entire tumor was removed, given the characteristics. At this portion of the operation, the area was irrigated. No active bleeding was noted. Another assessment with the microscope was carried out, and no active bleeding was noted. The wound at this point was closed using 4-0 Nurolon running, interrupted sutures for the dura. A small piece of pericranium was used to reinforce the dura in the lower portion of the opening. A piece of Duragen was left on top of the dura, and fibrin glue was placed on top of that. A piece of Gelfoam was left then between the Duragen and the titanium mesh. The titanium mesh was used to reconstruct the large skull defect. Several titanium screws were applied to secure the mesh.

The area was irrigated. The wound was then closed, using #0 Vicryl interrupted stitches for the muscle, 3-0 Vicryl interrupted stitches were used to close the subcutaneous tissue, and 3-0 nylon was then used to close the skin. The patient tolerated the procedure well and was taken to the neuroscience critical care unit in stable condition. The needle and sponge count was reported as correct.

I personally performed the crucial portion of the operation, with the assistance of Dr. Lesniak, because, at that time, no qualified residents were available. Dr. Lawson was the assistant during the early phases of the opening and the closure.

CLINICAL STAGE OF TUMOR:

**Dictated By:**

OLIVI, ALESSANDRO, M.D./913 D: 04/18/2003 T: 04/22/2003

SIGNED BY: OLIVI, ALESSANDRO
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 05/01/2003

Note: This operative note provides information pertaining only to the patient's most recent hospitalization. A more detailed medical history is available in the Medical Record.



## JOHNS HOPKINS
M  E  D  I  C  I  N  E

Johns Hopkins Medicine                                    *Clinic Note*

| | |
|---|---|
| **Name:** Aksu, Hande M. | **History:** 8-357-88-79 |
| **Address:** Turunc li Mahallesi | **Visit Date:** 04/03/2003 |
| 1 Sokak #12 | |
| Istanbul FO 77777 | |
| **Phone:** (212)202-7808 | **Location:** 163A |
| **DOB:** 04/29/1982 | |
| **Race:** White | |
| **Gender:** Female | |
| **Primary Provider:** Olivi,Alessandro | |
| **Other Provider:** | **Document No:** 91831710030 |

**Reason for Visit:**

Evaluation for a recurrent and worsening midbrain tumor.

**History of Present Illness:**

For a detailed history of present illness please refer to the note dictated separately by my assistant Dee Macenka and reviewed by me. In brief the patient is a 22-year-old lady who has been recently evaluated by Dr. Weingart on 03/18/03 for a problem of a midbrain tumor. The patient was diagnosed with a tumor when she was 12 and she had a resection and placement of a ventriculoperitoneal shunt. Lately the patient has gotten worse with problems with her vision and she has become more sleepy. The patient is currently a student at GW.

**Medications:**

Please refer to the note dictated separately by my assistant.

**Allergies:**

Please refer to the note dictated separately by my assistant.

**Major Findings:**

The patient is awake, alert, and cooperative. She has significant extraocular movements with inability to converge and inability to look upward. The patient had a slight asymmetry of the face. No other significant deficits are detected.

I reviewed the recent MRI which showed the presence of a mass in the midbrain compressing the surrounding structures and heterogeneous after an injection of gadolinium. We then compared this MRI with the previous one. There is definitely an interval worsening of the condition.

**Assessments:**

Ms. Aksu presents with a picture of a worsening tumor of the midbrain and pineal region. I agree with Dr. Weingart's assessment and I also recommend surgical exploration for restaging of the tumor and possible resection. I explained to the patient, however, that this procedure is not without risks. The patient is going to think about the different options. If she wishes for me to remove the tumor I would be happy to do. I also encouraged her to continue her care with Dr. Weingart.

**Dictated By:**

Aksu, Hande M. (8-357-88-79)                 **SIGNED DOCUMENT**                 Printed: 12/31/2012

Page 1 of 2

OLIVI, ALESSANDRO, M.D./006 D: 04/04/2003  T: 04/07/2003

SIGNED BY:  OLIVI, ALESSANDRO
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 05/01/2003

Note:  This clinic note provides information pertaining only to the patient's most recent visit.  A more detailed medical history is available in the Medical
Record.

**Aksu, Hande M. (8-357-88-79)**                **SIGNED DOCUMENT**                **Printed: 12/31/2012**

```
THE            *     HISTORY NO.:  3578879
   JOHNS HOPKINS     *            NAME: AKSU, HANDE
      HOSPITAL       * AGE / RACE SEX:  20 YR OLD    WHITE       FEMALE
                     *       LOCATION: JHOC-S
                     *     REFERRED BY:
  ELECTROCARDIOGRAM  * ATTENDING M.D.:
      REPORT         *     DATE / TIME: 04/03/03 @ 15:38
```
=================================================================

INDICATION FOR STUDY: Pre-Op
Ventricular Rate                                41      BPM
Atrial Rate                                     41      BPM
P-R Interval                                   148      ms
QRS Duration                                    96      ms
QT Interval                                    490      ms
QTc Interval                                   404      ms
P Axis                                          15      degrees
R Axis                                          59      degrees
T Axis                                          47      degrees

MARKED SINUS BRADYCARDIA
ABNORMAL ECG


Interpreting M.D.: I.Alhaddad #: 63127
GC: N

Confirmed by: IMAD ALHADDAD, M.D.

Technician:  MDP

Note: This note provides information pertaining only to a specific event.  A more detailed medical history is available in the Medical Record.

**Aksu, Hande M. (8-357-88-79)**              **FINAL DOCUMENT**                    **Printed: 12/31/2012**

Page 1 of 1

 **JOHNS HOPKINS**
M   E   D   I   C   I   N   E

## Johns Hopkins Medicine

*Clinic Note*

| | |
|---|---|
| **Name:** Aksu, Hande M. | **History:** 8-357-88-79 |
| **Address:** Turunc li Mahallesi 1 Sokak #12 Istanbul FO 77777 | **Visit Date:** 04/03/2003 |
| **Phone:** (212)202-7808 | **Location:** 163A |
| **DOB:** 04/29/1982 | |
| **Race:** White | |
| **Gender:** Female | |
| **Primary Provider:** Olivi,Alessandro | |
| **Other Provider:** | **Document No:** 53870710030 |

**Reason for Visit:**

This is the second Johns Hopkins Hospital neurosurgery clinic visit for this 20-year-old right-handed female with history of a midbrain polycystic astrocytoma.

She has recently seen Dr. John Weingart and is being seen today by Dr. Alessandro Olivi for a second neurosurgical opinion.

**History of Present Illness:**

Ms. Aksu attends today's visit with both her parents and her aunt who has traveled here from Istanbul, Turkey. She is a very pleasant, right-handed 20-year-old young lady who currently attends George Washington University and is studying international business.

History of present illness is such that she underwent a suboccipital craniotomy with an excellent resection of a midbrain polycystic astrocytoma at the age of 12. Subsequently she also required the placement of a VP shunt. She has been doing very well since then with serial MRI scans every few years. She is now being seen with a recent history of dizziness, trouble with her balance and complaint of diplopia as well as limited eye movements. She also notes that she is quite sleepy and now requires much more sleep than she used to. She notes this progression has been gradual but increasing over the last 6 months. She does complain of headaches which she states are usually frontal and mostly when she increases her activity. She states that they rate a 3 on a 1- 10 scale.

Ms. Aksu states that approximately last October is when the increased fatigue and tiredness started; however, she did not think much of this and continued life as usual. In approximately November of this past year, her parents contacted Johns Hopkins Hospital because they attributed some of her complaints and problems to a possible malfunctioning shunt; however, no followup was made at the International Department. Again, most recently the family has contacted the International Department here at Johns Hopkins requesting an appointment because Ms. Aksu's visual problems began to worsen. Currently she has an upper gaze palsy and has difficulty deviating each eye completely immediately in either direction. She also has some diplopia with left gaze.

A recent MRI shows an increase in the size of the mass located in the midbrain. These masses are heterogeneously enhancing with noted surrounding infiltration noted on flare.

Of note, her previous surgery took place in 1994 in Little Rock, Arkansas by Dr. Yassergill.

Previous Hospitalizations: Craniotomy, 1994; shunt surgery, 1994.

Transfusions: None.

Infectious Diseases: None.

Review of Systems: Vision as noted above with diplopia, upward gaze palsy, diplopia on left lateral gaze and marked difficulty in converging with eyes. The patient's bilateral hearing is intact. Pulmonary: No complaints of cough, emphysema or tuberculosis. Cardiovascular: Negative for MI, angina or hypertension. GI: The patient denies any gastrointestinal complaints. GU: The patient denies any genitourinary complaints. Hematologic: Denies. Neurologic: As described above. Endocrine: Denies.

Family history is not significant or contributory. The patient's grandparents had history of breast cancer and diabetes. No other family history was given.

Social History: The patient is a college student here at George Washington University in Virginia. She is single and currently lives with her parents. She does smoke. Uses tobacco and states that she smokes approximately 1 pack a day x 3 years. She also drinks alcohol occasionally at the rate of 2-3 beverages per week. She denies the use of drugs.

**Medications:**

Dexamethasone 4 mg p.o. t.i.d., ranitidine 150 mg p.o. b.i.d. and Excedrin PM p.o. q.h.s.

**Allergies:**

No known drug allergies. Food allergies: The patient said she is allergic to pork, ham and other products.

**Major Findings:**

The patient is awake, alert and appropriate in conversation although very anxious. She states that she is very tired and often has problems staying awake.

IV and VI: The patient with upper gaze palsy noted and difficulty deviating each eye. She also has diplopia with left lateral gaze. V: Intact and symmetrical facial sensation to double simultaneous touch. VII: Intact and symmetrical facial movement with good grimace and eyebrow raising. VIII: Grossly normal acuity bilaterally. IX and X: Palate elevates to midline. XI: 5/5 strength of the SCM's and trapezius. XII: Tongue is midline without evidence of atrophy.

Motor: 5/5 strength in all extremities with no drift. Sensation: Subjectively intact. Coordination: Adequate finger- to-nose and rapid alternating movements. Gait is normal with intact toe and heel walk; however, the patient has moderate difficulty with tandem walk. Romberg is negative.

**Assessments:**

This is a very pleasant 20-year-old young lady who has a history of a midbrain polycystic astrocytoma. Was doing well and was being followed with serial MRIs until approximately 6 months ago when she began having problems with dizziness and fatigue. She attributed this to her shunt and did not follow up or seek medical care until recently. In 02/03, the patient started complaining of bumping into things, occasional falls and marked difficulty with her extraocular eye movements. For this, she sought consultation at Johns Hopkins Hospital. She was recently seen by Dr. John Weingart of our neurosurgery department and is now being seen for a second opinion by Dr. Alessandro Olivi.

**Problems/Diagnoses:**

Midbrain lesion.

**Procedures and Immunizations:**

None.

**Plans:**

Dr. Olivi has thoroughly reviewed the patient's record as well as examined the patient. He believes that the best treatment for Ms. Aksu would be to perform a suboccipital craniotomy for debulking of tumor. At the time, the tumor can be staged for subsequent adjuvant therapy which likely will include radiation therapy. Dr. Olivi has explained all the risks and benefits of such a procedure with the patient and the family. The patient and her family have agreed to move forward and undergo the surgery. The surgery will be scheduled at the earliest possible time. All questions were answered by Dr. Olivi, and the patient will be sent today for preoperative testing.

**Medication Changes:**

Due to patient complaints, Dr. Olivi has decreased Ms. Aksu's Decadron from 4 mg t.i.d. to 2 mg t.i.d. The patient will contact us if there are any problems or concerns about this change. The patient also notes that she takes medications that contain aspirin to include Excedrin PM. She has instructions to stop all those medications immediately.

The patient has also been given a prescription for Restoril 30 mg p.o. q.h.s. for complaints of nighttime sleeplessness.

**Dictated By:**

MACENKA, DEANNA, R.N./642 D: 04/03/2003 T: 04/03/2003

SIGNED BY:  OLIVI, ALESSANDRO
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 05/01/2003

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

**Aksu, Hande M. (8-357-88-79)**           **SIGNED DOCUMENT**                    **Printed: 12/31/2012**

Page 3 of 3

 JOHNS HOPKINS
M  E  D  I  C  I  N  E

## Johns Hopkins Medicine

*Clinic Note*

| | |
|---|---|
| **Name:** Aksu, Hande M. | **History:** 8-357-88-79 |
| **Address:** Turunc Ii Mahallesi<br>1 Sokak #12<br>Istanbul FO 77777 | **Visit Date:** 03/18/2003 |
| **Phone:** (212)202-7808 | **Location:** 830 |
| **DOB:** 04/29/1982 | |
| **Race:** White | |
| **Gender:** Female | |
| **Primary Provider:** Weingart,Jon David | |
| **Other Provider:** | **Document No:** 61129610030 |

**History of Present Illness:**

This is a new patient evaluation for this 20-year-old who has a history of a midbrain tactile polycystic astrocytoma. She had surgery when she was 12 with an excellent resection and placement of ventriculoperitoneal shunt. She had been doing well with serial MRI scans every few years. She comes in now with recent history of trouble with her balance. At times, she is falling. She has some difficulty with her hearing, difficulty with her vision. She is quite sleepy and sleeps much longer than she used to. She complains of headaches. She has lost ability to look up with her eyes. She currently is a GW student. She has no other active medical problems.

**Major Findings:**

On physical examination, she is unable to converge with her eyes. She is unable to deviate eye each completely medially when looking to the right or the left. She has some diplopia on bilateral gaze bilaterally. She has no drift and symmetrical motor examination. There has been a concern that her shunt was not working and she had a shunt series and a CT scan. Her shunt depressed and refilled slowly. Shunt series shows that the catheters are all in the correct position. The CT scan shows a large midbrain mass with ventricles that are normal to small. I reviewed the old MRI scans and these show that between 1996- 1998 there had been quite a significant increase in the tumor. Comparing the CT with the MRI scan, there has been further increase in size of the tumor.

**Assessments:**

In summary, Hande has developed some new symptoms. Although these would be consistent with shunt malfunction and hydrocephalus, it appears that they are secondary to a growth of the tumor. Based on the scan from 1998, my guess is that this is a lesion that can be debulked from a supracerebellar approach. She will need another MRI scan with plans for urgent surgery followed by radiation therapy. I discussed this in detail including the risk of further problems with her double vision, weakness, numbness, loss of balance, trouble walking, and major stroke. I will arrange for her to have the MRI scan ASAP. I put her on some Decadron and Zantac.

**Dictated By:**

WEINGART, JON DAVID, M.D./050 D: 03/18/2003  T: 03/19/2003

SIGNED BY:  WEINGART, JON
**THIS DOCUMENT HAS BEEN ELECTRONICALLY SIGNED.**

DATE SIGNED: 12/22/2008

Note: This clinic note provides information pertaining only to the patient's most recent visit. A more detailed medical history is available in the Medical Record.

Radiology Document for (8-357-88-79) Aksu, Hande M.                EPR
Document - BRAIN W/WO CONTRAST, MRI

The Russell H. Morgan Department Of Radiology
              and Radiological Science
    The Johns Hopkins Hospital, Baltimore MD. 21287

AKSU, HANDE

Exam Date: 12/12/2003   13:35   ORD #90021 Accession #3473051
History Number: 3578879
Age: 21Y  Sex: F Race: W
Requester: ALESSANDRO OLIVI


EXAM:  MHJ 1002 - BRAIN W/WO CONTRAST, MRI  - Dec 12 2003

RESULT:
Clinical information: Status post brainstem ganglioneuroma resection.

Parameters: brain MRI of the contrast.

There is a lobulated, heterogeneous appearing solid and cystic mass
centered in the midbrain tectum measuring approximately 4.2 cm in the
craniocaudal, 3.4 cm in right the left and 3.1 cm in anterior posterior
dimensions.  The mass involves the posterior and right side of the
midbrain, pontine tegmentum and eccentrically extends into the dorsal
aspect of the right parahippocampal generous.  Following contrast
administration, there is heterogeneous but prominent enhancement. when
compared to prior study from 4-26-2003 there is enlargement of the tumor.
 Please note that the April 26th study did not include contrast enhanced
images.

In addition, there is an approximately 1.5 x 1 cm ring enhancing dural
based mass along the mesial and cranial aspect of the right cerebellum.
This lesion has a broad based attachment to the overlying tentorium.
This is new since the prior study.

A shunt catheter is again noted to extend from the right parietal region.
 The ventricles are normal in size and position.  There is a confluent
area of increased signal on FLAIR and T2 weighted images surrounding the
shunt catheter, unchanged .

The major dural venous sinuses are patent .


IMPRESSION: INTERVAL ENLARGEMENT OF THE MIDBRAIN AND PONTINE TEGMENTUM
MASS.

INTERVAL APPEARANCE OF A DURAL BASED BUT PROBABLY INTRAPARENCHYMAL RIGHT
CEREBELLAR MASS.

Case 1:26-cv-01697-DLF   Document 13-2   Filed 05/27/26   Page 17 of 55

..:Resulted Dec 12 2003  4:22P---

NAFI AYGUN


IMAGES AND INTERPRETATION PERSONALLY READ BY:

NAFI AYGUN

Radiology Document for (8-357-88-79) Aksu, Hande M.                    EPR
Document - BRAIN CT W/O CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>


PATIENT:    AKSU, HANDE M
HISTORY#:   357-88-79    AGE: 21Y    SEX: F    RACE: W    SECTION: 04

BARBARA KAY BLOK, M.D.
DEPARTMENT OF EMERGENCY MEDICINE
MARBURG B-189
DNS REFREP COPY


05/23/2003 10:08PM

ACC#: C006 05/23/2003 08:08PM      LOC: EMERGENCY ROOM/DNS CL COPY
REQUESTER: RON ELFENBEIN
EXAM :    6000  BRAIN CT W/O CONTRAST


FINAL RESULT: INDICATION:

STATUS POST  BRAIN TUMOR RESECTION.

TECHNIQUE:

AXIAL CT SCAN IMAGES WERE PERFORMED FROM THE FORAMEN MAGNUM TO THE VERTEX
WITHOUT ADMINISTRATION OF INTRAVENOUS CONTRAST.


FINDINGS:

COMPARISON WAS MADE TO THE PRIOR EXAMINATION OF 4/29/03.

SUBOCCIPITAL CRANIECTOMY IS AGAIN SEEN WITH POSTOPERATIVE CHANGES AND
EXTRAAXIAL FLUID COLLECTION ALONG THE CRANIECTOMY SITE WITHOUT SIGNIFICANT

INTERVAL CHANGE IN SIZE.  THE PREVIOUSLY DESCRIBED INCREASED DENSITY IN THE

STRAIGHT, TRANSVERSE AND SIGMOID SINUSES IS LESS DENSE AS COMPARED WITH
PRIOR EXAMINATION.  THE PREVIOUSLY DESCRIBED HIGH-DENSITY IN THE PINEAL
REGION HAS SLIGHTLY MORE CONTRACTED TOWARD THE VENTRICULAR SYSTEM REMAINS
DECOMPRESSED AND WITHOUT SIGNIFICANT INTERVAL CHANGE IN SIZE.  THERE IS NO

INTERVAL CHANGE IN POSITION OF THE SHUNT TUBE AS WELL AS THE ADJACENT
ENCEPHALOMALACIA.

THE LOW DENSITY IN THE GENU OF THE CORPUS CALLOSUM AND ALONG THE POSTERIOR
BRAINSTEM IS NOT CHNAGED.

NO OTHER SIGNIFICANT INTERVAL CHANGES ARE SEEN.

Radiology Document for (8-357-88-79) Aksu, Hande M.                     EPR
Document - BRAIN CT W/O CONTRAST


THE PREVIOUSLY DESCRIBED INCREASED DENSITY IN THE STRAIGHT, TRANSVERSE AND

SIGMOID SINUSES IS LESS DENSE AT THIS TIME.

THE SIZE OF THE VENTRICLES REMAIN DECOMPRESSED.

C006 DMY          05/23/2003 09:08PM

DAVID MARK YOUSEM, M.D.

XIANG LIU M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
DAVID MARK YOUSEM, M.D.


The previously described increased density in the straight, transverse and

sigmoid sinuses is less dense at this time.

The size of the ventricles remain decompressed.

Radiology Document for (8-357-88-79) Aksu, Hande M.                    EPR
Document - BRAIN CT W/O CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 21Y    SEX: F   RACE: W    SECTION: 10

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100


04/29/2003 02:13PM

ACC#: E725 04/29/2003 12:00PM      LOC: MEYER-8
REQUESTER: JAMES E CONWAY
EXAM :    6000  BRAIN CT W/O CONTRAST


FINAL RESULT: INDICATION:
STATUS POST RESECTION OF CEREBELLAR ASTROCYTOMA, COMPLICATED BY VENOUS
SINUS THROMBOSIS.  ASSESS FOR HYDROCEPHALUS.

TECHNIQUE:
AXIAL CT SCAN IMAGES WERE PERFORMED FROM THE FORAMEN MAGNUM TO THE VERTEX
WITHOUT ADMINISTRATION OF INTRAVENOUS CONTRAST.

FINDINGS:
COMPARISON IS MADE TO EXAMINATION OF 4/26/2003.  THE PREVIOUSLY SEEN
SURGICAL CAVITY IN THE PINEAL REGION WITH HEMORRHAGIC CHANGES HAS DECREASED

IN SIZE. THERE IS STILL INCREASED DENSITY IN THE DISTRIBUTION OF THE
STRAIGHT, TRANSVERSE AND SIGMOID SINUSES, HOWEVER LESS THAN THE PREVIOUS
EXAMINATION.  THERE HAS BEEN A SLIGHT DECREASE IN THE SIZE OF THE LATERAL
AND THIRD VENTRICLES.  THERE IS A PERSISTENT FLUID COLLECTION UNDERLYING
THE CRANIECTOMY SITE.  NO OTHER INTERVAL CHANGES NOTED.


1.  PERSISTENT HYPERDENSITY IN THE STRAIGHT, TRANSVERSE, AND SIGMOID
SINUSES, TO A LESSER EXTENT THAN PREVIOUS EXAMINATION.
2.  DECREASE IN THE SIZE OF THE SURGICAL CAVITY AND HEMORRHAGIC CHANGES IN

THE PINEAL REGION WITH DECREASE IN THE SIZE OF THE THIRD AND LATERAL
VENTRICLES.


E725                          04/29/2003 01:29PM


Page 1 of 2

Document - BRAIN CT W/O CONTRAST

JAMES S ZINREICH, M.D.

DIMA ALY HAMMOUD M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
JAMES S ZINREICH, M.D.


1.   Persistent hyperdensity in the straight, transverse, and sigmoid
sinuses, to a lesser extent than previous examination.
2.   Decrease in the size of the surgical cavity and hemorrhagic changes in

the pineal region with decrease in the size of the third and lateral
ventricles.

Radiology Document for (8-357-88-79) Aksu, Hande M.                      EPR
Document - MRI,MRA,BRAIN WO CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y      SEX: F   RACE: W    SECTION: 02

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100


04/27/2003 09:12AM

ACC#: B423 04/26/2003 10:00PM      LOC: MEYER-8
REQUESTER: ALESSANDRO OLIVI
EXAM :     1003  MRI,MRA,BRAIN WO CONTRAST


FINAL RESULT: HISTORY: STATUS POST RESECTION OF PINEAL REGION ASTROCYTOMA
WITH FEVER AND ALTERED CONSCIOUSNESS.

TECHNIQUE:  SAGITTAL T1, AXIAL T2, FLAIR, DIFFUSION-WEIGHTED IMAGES WITH
ADC MAP WERE OBTAINED THROUGH THE BRAIN.  IN ADDITION, 3-D PC MR VENOGRAM
OF THE VENOUS SINUSES WAS OBTAINED.  NO IV CONTRAST COULD BE ADMINISTERED
DUE TO LACK OF IV ACCESS.

FINDINGS:   COMPARISON IS MADE TO MRI OF 4/19/2003.  STATUS POST
SUBOCCIPITAL CRANIECTOMY.  THE PREVIOUSLY SEEN SURGICAL CAVITY IN THE
PINEAL REGION HAS DECREASED IN SIZE.  POSTSURGICAL CHANGES ARE SEEN WITH T2

HIGH SIGNAL INTENSITY IN THE POSTERIOR ASPECT OF THE MID BRAIN AND
SUPERIOR ASPECT OF THE CEREBELLUM.  A RIGHT PARIETAL VP SHUNT IS SEEN IN
PLACE.  THE VENTRICULAR SYSTEM HAS DECREASED IN SIZE.

THERE IS EVIDENCE OF HIGH SIGNAL INTENSITY WITHIN THE STRAIGHT, RIGHT
TRANSVERSE AND RIGHT SIGMOID SINUSES ON T1 WEIGHTED IMAGES WITH
HETEROGENEOUS LOW SIGNAL ON THE T2 WEIGHTED IMAGES.  THERE IS ALSO
INCREASED SIGNAL IN THE LEFT TRANSVERSE AND  SIGMOID SINUSES, TO A LESSER
EXENT.
ON MRV, THERE IS NO VISUALIZATION OF THE STRAIGHT, RIGHT TRANSVERSE, AND
RIGHT SIGMOID SINUSES.  THERE IS POOR VISUALIZATION OF THE LEFT TRANSVERSE

AND SIGMOID SINUSES.  ON DIFFUSION WEIGHTED IMAGES, THERE WAS NO EVIDENCE
OF DIFFUSION RESTRICTED FOCI TO SUGGEST ACUTE INFARCT.


1. ACUTE VENOUS SINUS THROMBOSIS OF THE STRAIGHT, RIGHT TRANSVERSE AND

Radiology Document for (8-357-88-79) Aksu, Hande M.          EPR
Document - MRI,MRA,BRAIN WO CONTRAST

RIGHT SIGMOID SINUSES.   PROBABLE PARTIAL THROMBOSIS OF THE LEFT TRANSVERSE

AND LEFT SIGMOID SINUSES.
2. POSTSURGICAL CHANGES WITH DECREASE IN THE SIZE OF SURGICAL CAVITY AND
VENTRICULAR SYSTEM SINCE LAST EXAMINATION.
3.   NO EVIDENCE OF ACUTE INFARCTS.

B423                                04/26/2003 10:40PM

JAMES S ZINREICH, M.D.

DIMA ALY HAMMOUD M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
JAMES S ZINREICH, M.D.


1. Acute Venous sinus thrombosis of the straight, right transverse and
right sigmoid sinuses.  Probable partial thrombosis of the left transverse

and left sigmoid sinuses.
2. Postsurgical changes with decrease in the size of surgical cavity and
ventricular system since last examination.
3.   No evidence of acute infarcts.

Page 2 of 2

Document - BRAIN CT W/O CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y     SEX: F   RACE: W    SECTION: 04

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100


04/27/2003 08:28AM

ACC#: B392 04/26/2003 05:52PM      LOC: MEYER-8
REQUESTER: WILLIAM STANLEY ANDERSON
EXAM :    6000  BRAIN CT W/O CONTRAST


FINAL RESULT: INDICATION:
STATUS POST RESECTION OF PINEAL REGION ASTROCYTOMA WITH WAXING AND WANING
CONSCIOUSNESS.

TECHNIQUE:
AXIAL CT SCAN IMAGES WERE PERFORMED FROM THE FORAMEN MAGNUM TO THE VERTEX
WITHOUT ADMINISTRATION OF INTRAVENOUS CONTRAST.

FINDINGS:
COMPARISON IS MADE TO CT SCAN EXAMINATION OF 4/20/2003.  THE SIGMOID
SINUSES AND THE STRAIGHT SINUS ARE ABNORMALLY HYPERDENSE WHEN COMPARED TO
THE PREVIOUS EXAMINATION.  THE REST OF THE VENOUS SINUSES ARE UNREMARKABLE.

AGAIN IS NOTED A RIGHT FRONTAL VP SHUNT WITH ITS TIP IN THE RIGHT LATERAL
VENTRICLE.  THE VENTRICULAR SYSTEM HAS DECREASED IN SIZE AS WELL AS THE
PREVIOUSLY DESCRIBED SURGICAL CAVITY.  AGAIN ARE NOTED TO HEMORRHAGIC
CHANGES ALONG THE LATERAL ASPECT OF THE SURGICAL CAVITY.  THERE HAS BEEN
RESOLUTION OF INTRAVENTRICULAR AIR.
THERE IS A SUBOCCIPITAL CRANIECTOMY WITH AN UNDERLYING SUBDURAL FLUID
COLLECTION WITH DECREASE IN THE PREVIOUSLY SEEN AIR.
NO OTHER INTERVAL CHANGE IS NOTED.



ABNORMALLY HYPERDENSE SIGMOID AND STRAIGHT VENOUS SINUSES, HIGHLY
SUSPICIOUS FOR VENOUS THROMBOSIS. FURTHER EVALUATION BY MEANS OF MRV IS
RECOMMENDED.
RIGHT FRONTAL VP SHUNT WITH DECREASE IN THE SIZE OF THE VENTRICULAR SYSTEM

AND SURGICAL CAVITY.

Radiology Document for (8-357-88-79) Aksu, Hande M.                    EPR
Document - BRAIN CT W/O CONTRAST


B392                                04/26/2003 07:44PM

JAMES S ZINREICH, M.D.

DIMA ALY HAMMOUD M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
JAMES S ZINREICH, M.D.


Abnormally hyperdense sigmoid and straight venous sinuses, highly
suspicious for venous thrombosis. Further evaluation by means of MRV is
recommended.
Right frontal VP shunt with decrease in the size of the ventricular system

and surgical cavity.


Page 2 of 2

Radiology Document for (8-357-88-79) Aksu, Hande M.            EPR
Document - BRAIN CT W/O CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>


PATIENT:    AKSU, HANDE M
HISTORY#:   357-88-79   AGE: 20Y    SEX: F   RACE: W    SECTION: 14

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100



04/20/2003 04:37PM

ACC#: B911 04/20/2003 02:40PM       LOC:
REQUESTER: ALESSANDRO OLIVI
EXAM :    6000  BRAIN CT W/O CONTRAST


FINAL RESULT: INDICATION:

STATUS POST BRAIN TUMOR RESECTION.  FOLLOW-UP STUDY.

COMPARISON: 4/19/03.

TECHNIQUE:

AXIAL CT SCAN IMAGES WERE PERFORMED FROM THE FORAMEN MAGNUM TO THE VERTEX
WITHOUT ADMINISTRATION OF INTRAVENOUS CONTRAST.


FINDINGS:

RIGHT PARIETAL VENTRICULOSTOMY CATHETER IS SEEN TRAVERSING THE RIGHT
POSTERIOR PARIETAL LOBE WITH THE TIP OF THE CATHETER IN THE RIGHT LATERAL
VENTRICLE.   THERE IS DILATATION OF THE LATERAL VENTRICLES WITH A PROMINENT

THIRD VENTRICLE, UNCHANGED AS COMPARED TO PRIOR EXAMINATION.


PATIENT IS STATUS POST MIDLINE SUBOCCIPITAL CRANIECTOMY WITH SURGICAL
RESECTION CAVITY NOTED IN THE DORSOLATERAL MIDBRAIN.   POSTSURGICAL CHANGES

ARE NOTED IN THE ACTION AXIAL SPACE ADJACENT TO THE CRANIOTOMY SITE WITH
INTRAVENTRICULAR AIR BUBBLES, UNCHANGED FROM PRIOR EXAMINATION.

FOCUS OF HEMORRHAGE IS NOTED ALONG THE INFERIOR LATERAL ASPECT OF THE
RESECTION CAVITY, UNCHANGED AS COMPARED TO PRIOR EXAMINATION.   NO OTHER
FOCUS OF HEMORRHAGE IS NOTED IN THE BRAIN PARENCHYMA.

Radiology Document for (8-357-88-79) Aksu, Hande M.                          EPR
Document - BRAIN CT W/O CONTRAST

VISUALIZED ORBITS ARE INTACT.   PARANASAL SINUSES AND BILATERAL MASTOID AIR

CELLS ARE UNREMARKABLE.

STATUS POST SUBOCCIPITAL CRANIECTOMY WITH SURGICAL RESECTION CAVITY IN THE

DORSOLATERAL MIDBRAIN.   FOCUS OF HEMORRHAGE ALONG THE INFERIO-LATERAL
ASPECT UNCHANGED COMPARED TO PRIOR STUDY.

MODERATE VENTRICULAR DILATATION WITH RIGHT PARIETAL VENTRICULOSTOMY
CATHETER IN  PLACE, UNCHANGED AS COMPARED TO PRIOR STUDY.

B911 NA         04/20/2003 03:31PM

NAFI AYGUN, M.D.

MAJID A KHAN M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
NAFI AYGUN, M.D.

Status post suboccipital craniectomy with surgical resection cavity in the

dorsolateral midbrain.  Focus of hemorrhage along the inferio-lateral
aspect unchanged compared to prior study.

Moderate ventricular dilatation with right parietal ventriculostomy
catheter in  place, unchanged as compared to prior study.

Document - BRAIN CT W/O CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y    SEX: F   RACE: W    SECTION: 14

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100

04/20/2003 09:40AM

ACC#: B582 04/19/2003 10:35PM      LOC:
REQUESTER: DAVID A O'TOOLE
EXAM :   6000  BRAIN CT W/O CONTRAST

FINAL RESULT: HISTORY:
20-YEAR-OLD STATUS POST RESECTION OF MIDBRAIN LOW GRADE GLIOMA NOW WITH
DECREASED NEUROLOGIC EXAMINATION.

TECHNIQUE:
AXIAL CT IMAGES OF THE BRAIN FROM THE FORAMEN MAGNUM TO THE VERTEX WERE
OBTAINED WITHOUT  THE ADMINISTRATION OF IV CONTRAST.

FINDINGS :
COMPARISON IS MADE TO PREVIOUS CT SCAN FROM 4/18/2003.  SINCE PREVIOUS
EXAMINATION THERE HAS BEEN DEVELOPMENT OF HYDROCEPHALUS.  THE LATERAL AND
THIRD VENTRICLES ARE MODERATELY DILATED.  THE FOURTH VENTRICLE IS NORMAL IN

SIZE.  A RIGHT PARIETAL VENTRICULAR CATHETER REMAINS IN PLACE WITH TIP
AGAINST THE SEPTUM PELLICIDUM.

THERE IS NO OTHER SIGNIFICANT CHANGE SINCE PREVIOUS EXAMINATION.  THE
PATIENT IS STATUS POST SUBOCCIPITAL CRANIECTOMY WITH MODERATE
PNEUMOCEPHALUS ADJACENT TO THE CRANIECTOMY SITE.  THERE IS ALSO MINIMAL
PNEUMOCEPHALUS NOTED THROUGHOUT THE CEREBRAL CONVEXITIES AND WITHIN THE
VENTRICLES.  SOME HIGH DENSITY MATERIAL COMPATIBLE WITH HEMORRHAGE IS
NOTED ADJACENT TO THE CYSTIC MASS/CAVITY OCCUPYING THE MIDBRAIN. THE
VISUALIZED PORTIONS  OF THE PARANASAL SINUSES AND MASTOID AIR CELLS ARE
UNREMARKABLE.  THE  ORBITS ARE NORMAL.

DEVELOPMENT OF MARKED HYDROCEPHALUS IN THE LATERAL AND THIRD VENTRICLES
SINCE PREVIOUS EXAMINATION WITH RIGHT PARIETAL CATHETER IN UNCHANGED
POSITION.

Radiology Document for (8-357-88-79) Aksu, Hande M.                                    EPR
Document - BRAIN CT W/O CONTRAST

STATUS POST SUBOCCIPITAL CRANIECTOMY WITH POSTOPERATIVE CHANGES.

THESE RESULTS WERE CONVEYED TO THE RESIDENT PHYSICIAN ON CALL AT #40975 AT

THE TIME OF DICTATION.

B582 NA          04/20/2003 12:30AM

NAFI AYGUN, M.D.

NAVEEN SUBHAS M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
NAFI AYGUN, M.D.


Development of marked hydrocephalus in the lateral and third ventricles
since previous examination with right parietal catheter in unchanged
position.

Status post suboccipital craniectomy with postoperative changes.

These results were conveyed to the resident physician on call at #40975 at

the time of dictation.

Radiology Document for (8-357-88-79) Aksu, Hande M.                          EPR
Document - MRI,BRAIN WITH&WITHOUT CON

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y     SEX: F   RACE: W    SECTION: 02

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100


04/20/2003 10:17AM

ACC#: B487 04/19/2003 06:45PM       LOC:
REQUESTER: ALESSANDRO OLIVI
EXAM :    1002  MRI,BRAIN WITH&WITHOUT CON
ACC#: B487 04/19/2003 06:45PM       LOC:
REQUESTER: ALESSANDRO OLIVI
EXAM :    2050  3D-MRI BRAIN


FINAL RESULT: INDICATION:

BRAINSTEM TUMOR.  FOLLOW UP STUDY.

COMPARISON: 3/24/03.

TECHNIQUE:

SAGITTAL T1 WEIGHTED, AXIAL T2 WEIGHTED, AXIAL FLAIR, AXIAL DIFFUSION
WEIGHTED SCANS, AND POST GADOLINIUM CONTRAST ENHANCED SCANS AFTER
ADMINISTRATION OF 0.1 MMOL PER KILOGRAM OF MAGNEVIST WERE PERFORMED THROUGH

THE BRAIN.  NO IMMEDIATE COMPLICATIONS WERE NOTED.

ADC MAPS WERE CONSTRUCTED FROM THE AXIAL DIFFUSION WEIGHTED SCANS AFTER 3D

POST-PROCESSING FROM RAW DATA.

FINDINGS:

THESE IMAGES DEMONSTRATE PATIENT IS STATUS POST MIDLINE SUBOCCIPITAL
CRANIECTOMY WITH MESH IN PLACE.  POSTSURGICAL CHANGES ARE SEEN ADJACENT TO

THE CRANIECTOMY SITE INVOLVING BOTH CEREBELLAR HEMISPHERES.

LARGE SURGICAL RESECTION CAVITY IS NOTED CENTERED OVER THE DORSOLATERAL
MIDBRAIN AND  TECTUM WITH EXTENSION CRANIALLY INTO MEDIAL LEFT THALAMUS AND

Radiology Document for (8-357-88-79) Aksu, Hande M.                    EPR
Document - MRI,BRAIN WITH&WITHOUT CON

CAUDALLY  INTO THE SUPERIOR PONS MEASURING 3.4 BY 2.5 CMS. THERE IS A
CIRCUMFERENTIAL AREA OF INCREASED SIGNAL ON FLAIR AND T2W IMAGES ALONG THE
RESECTION CAVITY WHICH SHOW SOME NODULARITY.

ON GADOLINIUM ENHANCED IMAGES, CURVILINEAR ARES OF ENHANCEMENT ARE NOTED
ALONG THE SURGICAL RESECTION CAVITY SPECIFICALLY ALONG INFERIO-LATERAL
ASPECT WHERE IT LOOKS MORE CONFLUENT. PUNCTATE FOCI OF ENHANCEMENT NOTED
INVOLVING  THE SUPERIOR CEREBELLAR FOLIA.    THERE IS NO ABNORMAL  MENINGEAL

ENHANCEMENT.

THERE IS A DILATATION OF THE LATERAL VENTRICLES WITH  PROMINENT THIRD
VENTRICLE, INCREASED IN SIZE AS COMPARED TO PRIOR EXAMINATION. RIGHT
PARIETAL SHUNT CATHETER IS SEEN TRAVERSING LEFT PARIETAL LOBE WITH THE TIP

OF THE CATHETER IN THE RIGHT LATERAL VENTRICLE.  T2 AND FLAIR
HYPERINTENSITY IS SEEN SURROUNDING THE CATHETER TRACT AND IS GROSSLY
UNCHANGED AS COMPARED TO PRIOR EXAMINATION.  MINIMAL AMOUNT OF
INTRAVENTRICULAR AIR IS SEEN IN THE FRONTAL HORNS BILATERALLY, ALSO NEW AS

COMPARED TO PRIOR STUDY.  THERE IS NO EVIDENCE OF MIDLINE SHIFT.

ON DIFFUSION WEIGHTED IMAGES AND CORRESPONDING ADC MAP IMAGES, THERE IS NO

EVIDENCE OF RESTRICTED DIFFUSION SUGGESTIVE OF ACUTE STROKE OR CYTOTOXIC
EDEMA.

VISUALIZED ORBITS ARE INTACT.  MAJOR INTRACRANIAL FLOW VOIDS ARE
UNREMARKABLE.

PARANASAL SINUSES ARE CLEAR.  THERE IS BILATERAL MASTOID OPACIFICATION.
BONY CALVARIUM SHOWS HETEROGENEOUS SIGNAL INVOLVING THE PARIETAL BONE,
LIKELY RELATED TO PRIOR RADIATION.

STATUS POST RESECTION OF MIDBRAIN MASS WITH POTOPERATIVE CHANGES. IT IS
DIFFICULT TO EXCLUDE  A RESIDUAL MASS AT THIS TIME.

MODERATE HYDROCEPHALUS, NEW AS COMPARED TO PRIOR EXAMINATION WITH RIGHT
PARIETAL SHUNT CATHETER IN PLACE.

IMPRESSION:

(...)

Radiology Document for (8-357-88-79) Aksu, Hande M.                        EPR
Document - MRI,BRAIN WITH&WITHOUT CON

B487 NA          04/20/2003 09:58AM

NAFI AYGUN, M.D.

MAJID A KHAN M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
NAFI AYGUN, M.D.

Status post resection of midbrain mass with potoperative changes. It is
difficult to exclude  a residual mass at this time.

Moderate hydrocephalus, new as compared to prior examination with right
parietal shunt catheter in place.

Impression:

(...)

Page 3 of 3

Radiology Document for (8-357-88-79) Aksu, Hande M.                    EPR
Document - 3D-MRI BRAIN

&lt;FO=16&gt;
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
&lt;FO=16&gt;

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y    SEX: F   RACE: W    SECTION: 02

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100


04/20/2003 10:17AM

ACC#: B487 04/19/2003 06:45PM        LOC:
REQUESTER: ALESSANDRO OLIVI
EXAM :    1002  MRI,BRAIN WITH&WITHOUT CON
ACC#: B487 04/19/2003 06:45PM        LOC:
REQUESTER: ALESSANDRO OLIVI
EXAM :    2050  3D-MRI BRAIN


FINAL RESULT: INDICATION:

BRAINSTEM TUMOR.   FOLLOW UP STUDY.

COMPARISON: 3/24/03.

TECHNIQUE:

SAGITTAL T1 WEIGHTED, AXIAL T2 WEIGHTED, AXIAL FLAIR, AXIAL DIFFUSION
WEIGHTED SCANS, AND POST GADOLINIUM CONTRAST ENHANCED SCANS AFTER
ADMINISTRATION OF 0.1 MMOL PER KILOGRAM OF MAGNEVIST WERE PERFORMED THROUGH

THE BRAIN.  NO IMMEDIATE COMPLICATIONS WERE NOTED.

ADC MAPS WERE CONSTRUCTED FROM THE AXIAL DIFFUSION WEIGHTED SCANS AFTER 3D

POST-PROCESSING FROM RAW DATA.

FINDINGS:

THESE IMAGES DEMONSTRATE PATIENT IS STATUS POST MIDLINE SUBOCCIPITAL
CRANIECTOMY WITH MESH IN PLACE.   POSTSURGICAL CHANGES ARE SEEN ADJACENT TO

THE CRANIECTOMY SITE INVOLVING BOTH CEREBELLAR HEMISPHERES.

LARGE SURGICAL RESECTION CAVITY IS NOTED CENTERED OVER THE DORSOLATERAL
MIDBRAIN AND  TECTUM WITH EXTENSION CRANIALLY INTO MEDIAL LEFT THALAMUS AND

Radiology Document for (8-357-88-79) Aksu, Hande M.          EPR
Document - 3D-MRI BRAIN


CAUDALLY  INTO THE SUPERIOR PONS MEASURING 3.4 BY 2.5 CMS. THERE IS A
CIRCUMFERENTIAL AREA OF INCREASED SIGNAL ON FLAIR AND T2W IMAGES ALONG THE
RESECTION CAVITY WHICH SHOW SOME NODULARITY.

ON GADOLINIUM ENHANCED IMAGES, CURVILINEAR ARES OF ENHANCEMENT ARE NOTED
ALONG THE SURGICAL RESECTION CAVITY SPECIFICALLY ALONG INFERIO-LATERAL
ASPECT WHERE IT LOOKS MORE CONFLUENT. PUNCTATE FOCI OF ENHANCEMENT NOTED
INVOLVING  THE SUPERIOR CEREBELLAR FOLIA.    THERE IS NO ABNORMAL  MENINGEAL

ENHANCEMENT.


THERE IS A DILATATION OF THE LATERAL VENTRICLES WITH  PROMINENT THIRD
VENTRICLE, INCREASED IN SIZE AS COMPARED TO PRIOR EXAMINATION. RIGHT
PARIETAL SHUNT CATHETER IS SEEN TRAVERSING LEFT PARIETAL LOBE WITH THE TIP

OF THE CATHETER IN THE RIGHT LATERAL VENTRICLE.  T2 AND FLAIR
HYPERINTENSITY IS SEEN SURROUNDING THE CATHETER TRACT AND IS GROSSLY
UNCHANGED AS COMPARED TO PRIOR EXAMINATION.  MINIMAL AMOUNT OF
INTRAVENTRICULAR AIR IS SEEN IN THE FRONTAL HORNS BILATERALLY, ALSO NEW AS

COMPARED TO PRIOR STUDY.  THERE IS NO EVIDENCE OF MIDLINE SHIFT.

ON DIFFUSION WEIGHTED IMAGES AND CORRESPONDING ADC MAP IMAGES, THERE IS NO

EVIDENCE OF RESTRICTED DIFFUSION SUGGESTIVE OF ACUTE STROKE OR CYTOTOXIC
EDEMA.

VISUALIZED ORBITS ARE INTACT.  MAJOR INTRACRANIAL FLOW VOIDS ARE
UNREMARKABLE.

PARANASAL SINUSES ARE CLEAR.  THERE IS BILATERAL MASTOID OPACIFICATION.
BONY CALVARIUM SHOWS HETEROGENEOUS SIGNAL INVOLVING THE PARIETAL BONE,
LIKELY RELATED TO PRIOR RADIATION.



STATUS POST RESECTION OF MIDBRAIN MASS WITH POTOPERATIVE CHANGES. IT IS
DIFFICULT TO EXCLUDE  A RESIDUAL MASS AT THIS TIME.


MODERATE HYDROCEPHALUS, NEW AS COMPARED TO PRIOR EXAMINATION WITH RIGHT
PARIETAL SHUNT CATHETER IN PLACE.



IMPRESSION:

(...)

Radiology Document for (8-357-88-79) Aksu, Hande M.                              EPR
Document - 3D-MRI BRAIN


B487 NA          04/20/2003 09:58AM

NAFI AYGUN, M.D.

MAJID A KHAN M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
NAFI AYGUN, M.D.



Status post resection of midbrain mass with potoperative changes. It is
difficult to exclude  a residual mass at this time.


Moderate hydrocephalus, new as compared to prior examination with right
parietal shunt catheter in place.



Impression:

(...)

Radiology Document for (8-357-88-79) Aksu, Hande M.
Document - BRAIN CT W/O CONTRAST

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>

PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y    SEX: F   RACE: W    SECTION: 14

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100


04/19/2003 08:57AM

ACC#: A895 04/18/2003 09:30PM       LOC:
REQUESTER: MATTHEW AUGUST KOENIG
EXAM :    6000  BRAIN CT W/O CONTRAST


FINAL RESULT: INDICATION: BRAINSTEM TUMOR SUCH POST SURGERY, WITH CHANGE IN

MENTAL STATUS.  ASSESS FOR VENTRICULAR SIZE.

TECHNIQUE:
AXIAL CT SCAN IMAGES WERE PERFORMED FROM THE FORAMEN MAGNUM TO THE VERTEX
WITHOUT ADMINISTRATION OF INTRAVENOUS CONTRAST.

FINDINGS: COMPARISON IS MADE TO MRI EXAMINATION OF 3/24/2003.  THERE IS A
SUBOCCIPITAL CRANIECTOMY AND A RIGHT PARIETAL BURR HOLE.THERE IS NO CHANGE

IN THE SIZE OF THE VENTRICULAR SYSTEM.  THERE IS EVIDENCE OF INTRACRANIAL
AND INTRAVENTRICULAR AIR WITH A RIGHT FRONTOPARIETAL VP SHUNT WITH ITS TIP

IN THE THIRD VENTRICLE.  SOME BLOOD IS SEEN IN THE LEVEL OF THE RIGHT
VENTRICULAR ATRIUM AND MIDBRAIN  AND AT THE LEVEL OF THE SUBOCCIPITAL
CRANIECTOMY, PROBABLY SURGICAL IN NATURE.    EDEMATOUS CHANGES ARE SEEN
AROUND THE TRACT OF THE VP SHUNT.
THERE IS NO MAJOR MASS EFFECT, OR MIDLINE SHIFT, OR LARGE INTRACRANIAL
HEMATOMAS.


STATUS POST SUBOCCIPITAL CRANIECTOMY WITH POSTSURGICAL CHANGES IN THE
POSTERIOR FOSSA, AT THE LEVEL OF THE MIDBRAIN AND PONS, AND ATRIUM OF THE
RIGHT LATERAL VENTRICLE.
INTRACRANIAL AND INTRAVENTRICULAR AIR, WITH NO EVIDENCE OF CHANGE IN THE
SIZE OF THE VENTRICULAR SYSTEM.

Radiology Document for (8-357-88-79) Aksu, Hande M.
Document - BRAIN CT W/O CONTRAST

EPR

A895                                    04/18/2003 10:24PM

NAFI AYGUN, M.D.

DIMA ALY HAMMOUD M.D.
IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
NAFI AYGUN, M.D.


Status post suboccipital craniectomy with postsurgical changes in the
posterior fossa, at the level of the midbrain and pons, and atrium of the
right lateral ventricle.
Intracranial and intraventricular air, with no evidence of change in the
size of the ventricular system.

Radiology Document for (8-357-88-79) Aksu, Hande M.                    EPR
Document - CHEST FRONTAL &LATERAL

<FO=16>
THE JOHNS HOPKINS DEPARTMENT OF RADIOLOGY AND
THE CARDIOVASCULAR DIAGNOSTIC LABORATORY
<FO=16>


PATIENT:   AKSU, HANDE M
HISTORY#:  357-88-79   AGE: 20Y    SEX: F   RACE: W    SECTION: 24

ALESSANDRO OLIVI, M.D.
DEPARTMENT OF NEUROSURGERY
MEYER 9-100



04/03/2003 06:00PM

ACC#: D522 04/03/2003 02:10PM     LOC: ANCIL REF OPD RAD/DNS CL COPY
REQUESTER: ALESSANDRO OLIVI
EXAM :    1010   CHEST FRONTAL &LATERAL


FULL RESULT: \


CHEST, FRONTAL AND LATERAL    (14:10 HOURS)
---------------------------
INDICATION: PREOPERATIVE EXAMINATION: CRANIOTOMY.
-----------------------------------------------------------

RIGHT VENTRICULOPERITONEAL SHUNT CATHETER

MINIMAL RIGHT CONVEX SCOLIOSIS THORACIC SPINE

NO OTHER FINDING.

CARDIO-THORACIC RATIO: 12/26.

D522 04/03/2003 06:00PM

OLGA GATEWOOD, M.D.


IMAGES AND INTERPRETATION PERSONALLY REVIEWED BY
OLGA GATEWOOD, M.D.



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   OLIVI, ALESSANDRO
Location:    GOR-7

```
4/18/03 @ 11:30 am GOR-7    LAB #: 14-0B0607    SPECIMEN: BLOOD
              TRANSIT TIME: 3 minutes  NO DOCTOR NO.SPECIFIED
```

HEMOGLOBIN,TOTAL,WHOLE BLOOD                                         J0182
  HEMOGLOBIN (FINAL)            10.8 * G/DL    (12.4-14.8)   Zayed 5100

BLOOD GASES (PH,PCO2,PO2)                                            J0186
  PH (FINAL)                     7.48 *        (7.35-7.45)   Zayed 5100
  PCO2 (FINAL)                     31 * MM HG  (35-45)
  PO2 (FINAL)                     166 * MM HG  (75-100)
  CALC BICARB (FINAL)              23   MMOL/L (18-23)
  TEMP ADJUSTED RESULT (FINAL)   37.3   TO DEG.C
  SPECIMEN SOURCE (FINAL)       Arterial

```
4/18/03 @ 03:40 pm GOR-7    LAB #: 14-1B0713    SPECIMEN: BLOOD
              TRANSIT TIME: 16 minutes  DOWNARD,PATRICK J
```

SODIUM,WHOLE BLOOD                                                   J0103
  SODIUM (FINAL)                  141   MEQ/L  (135-148)     Zayed 5100
    CALLED BY Kyle TO Dr. Downard; AT 15:56.

POTASSIUM,WHOLE BLOOD                                                J0104
  K-WBLOOD (FINAL)                4.2   mEq/L  (3.5-5.0)     Zayed 5100
    CALLED BY Kyle TO Dr. Downard; AT 15:56.

GLUCOSE,WHOLE BLOOD                                                  J0149
  GLUCOSE (FINAL)                 118 * MG/DL  (60-109)      Zayed 5100
    CALLED BY Kyle TO Dr. Downard; AT 15:56.
    Impaired Glucose Tolerance: 110-125 mg/dL
  Diabetes:                      >126 mg/dL

HEMOGLOBIN,TOTAL,WHOLE BLOOD                                         J0182
  HEMOGLOBIN (FINAL)             10.9 * G/DL   (12.4-14.8)   Zayed 5100
    CALLED BY Kyle TO Dr. Downard; AT 15:56.

BLOOD GASES (PH,PCO2,PO2)                                            J0186
  Test Comment:                                              Zayed 5100
    CALLED BY Kyle TO Dr. Downard; AT 15:56.
  PH (FINAL)                      7.48 *       (7.35-7.45)
  PCO2 (FINAL)                      34 * MM HG (35-45)
  PO2 (FINAL)                      196 * MM HG (75-100)
  CALC BICARB (FINAL)               24 * MMOL/L (18-23)
  TEMP ADJUSTED RESULT (FINAL)    38.2   TO DEG.C
  SPECIMEN SOURCE (FINAL)        Arterial

CALCIUM,IONIZED, WHOLE BLOOD                                         J1020
  Test Comment:                                              Zayed 5100

```
        LAB #: 51-3A8829 continued on next page
```

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| Requestor: | OLIVI,ALESSANDRO |
| Location: | GOR-7 |

LAB #: 51-3A8829 continued from previous page

CALLED BY Kyle TO Dr. Downard; AT 15:56.
IONIZED CALCIUM (FINAL)        1.17    MMOL/L (1.13-1.32)
SPECIMEN PH (FINAL)            7.48


4/18/03 @ 06:00 pm NCCU7    LAB #: 10-6I1785    SPECIMEN: BLOOD
              TRANSIT TIME: 21 minutes  O'TOOLE,DAVID A

BASIC METABOLIC PANEL, EMERG                                      J0565
    SODIUM (FINAL)              142    MEQ/L  (135-148)   Zayed B-1065
    K-SERUM (FINAL)             4.0    MEQ/L  (3.5-5.0)
    CHLORIDE (FINAL)            105    MEQ/L  (96-109)
    CO2 (FINAL)                 22     mEq/L  (21-31)
    UREA-NITROGEN (FINAL)       12     MG/DL  (7-22)
    CREATININE, SERUM (FINAL)   0.5    MG/DL  (0.5-1.2)
    GLUCOSE (FINAL)             *120* * MG/DL  (60-109)
     Impaired Glucose Tolerance: 110-125 mg/dL
     Diabetes:                 >126 mg/dL

    CALCIUM (FINAL)             8.5    MG/DL  (8.4-10.5)
    ANION GAP (FINAL)           19     mEq/L  (11-20)
    SUN/CREAT RATIO (FINAL)     24


4/18/03 @ 06:00 pm NVIC7    LAB #: 14-4B0782    SPECIMEN: BLOOD
              TRANSIT TIME: 20 minutes  O'TOOLE,DAVID A

BLOOD GASES (PH,PCO2,PO2)                                         J0186
    PH (FINAL)                  7.43          (7.35-7.45)   Zayed 5100
    PCO2 (FINAL)                39     MM HG  (35-45)
    PO2 (FINAL)                 84     MM HG  (75-100)
    CALC BICARB (FINAL)         *25* * MMOL/L (18-23)
    TEMP ADJUSTED RESULT (FINAL)  37.7   TO DEG.C
    SPECIMEN SOURCE (FINAL)     Arterial


4/18/03 @ 06:00 pm NCCU7    LAB #: 51-1M1324    SPECIMEN: BLOOD
              TRANSIT TIME: 21 minutes  O'TOOLE,DAVID A

HEME-8 EMERGENCY                                                  J3022
    WHITE BLOOD CELL CNT (FINAL)    *19780* * #/cu mm(4500-13000) Zayed B-1065
    RED BLOOD CELL COUNT (FINAL)    4.41   M/CU MM(4.00-5.20)
    HEMOGLOBIN (FINAL)              *10.8* * G/DL   (12.4-14.8)
    PACKED CELL VOLUME (FINAL)      *33.9* * %      (36.0-46.0)
    MEAN CORPUSCULAR VOL (FINAL)    *76.9* * FL     (80.0-100.0)
    MEAN CORPUSCULAR HGB (FINAL)    *24.5* * PG     (26.0-34.0)
    MEAN CORPUS HGB CONC (FINAL)    31.9   g/dL (31.0-37.0)

LAB #: 51-3A8829 continued on next page

J=Johns Hopkins Medical Labs    G=Green Spring Labs    Q=Quest Diagnostics, Inc.   K=Kennedy Krieger Genetics
   600 North Wolfe Street         10755 Falls Road-Suite 150   1901 Sulphur Spring Road    707 North Broadway
   Baltimore, Md. 21287           Lutherville, Md. 21093        Baltimore, Md. 21227       Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| Requestor: | OLIVI,ALESSANDRO |
| Location: | GOR-7 |

LAB #: 51-3A8829 continued from previous page

```
RBC DISTRIB. WIDTH (FINAL)      18.9 * %       (11.5-14.5)
PLATELET COUNT (FINAL)           253   K/CU MM(150-350)
```

4/18/03 @ 06:00 pm NCCU7    LAB #: 54-6P8690    SPECIMEN: BLOOD
          TRANSIT TIME: 21 minutes  O'TOOLE,DAVID A

```
PROTHROMBIN TIME, EMER                                           J3332
  PROTHROMBIN TIME (FINAL)    11.9   SECONDS(10.4-12.9)    Zayed B-1065
  RATIO,PROTIME (FINAL)        1.0   PAT/NORM
  INR, PRO TIME (FINAL)        1.0
```
  The Prothrombin Time and the Prothrombin Time Ratio vary according to
  the sensitivity of the thromboplastin used to perform the test.
  The International Normalized Ratio (INR) attempts to compensate for
  differences among thromboplastins. the Hematology Lab uses a high
  sensitivity thromboplastin with an I.S.I value of 1.0. This reagent is
  more sensitive to factor deficiencies, making clotting times in
  seconds longer. In principle, the same sample tested in any laboratory
  should have the same INR. The INR should be followed to monitor
  therapy.

  Recommmended Therapeutic INR Ranges:
      Mechanical Prosthetic Heart Valves:     2.5-3.5
      Usual Therapeutic Range:                2.0-3.0

```
APTT EMERGENCY                                                   J3342
  ACT PARTIAL THROMBO (FINAL)  23.9 * SECONDS(24.4-34.0)   Zayed B-1065
  RATIO,APTT (FINAL)            0.8   PAT/NORM
```

4/18/03 @ 11:45 pm NCCU7    LAB #: 10-6I2094    SPECIMEN: BLOOD
          TRANSIT TIME: 58 minutes  NO DOCTOR NO.SPECIFIED

```
OSMOLALITY, SERUM, EMERGENCY                                     J0193
  OSMOLALITY,SERUM (FINAL)     286   MOSM/KG(285-295)      Zayed B-1065

BASIC METABOLIC PANEL, EMERG                                     J0565
  SODIUM (FINAL)               140   MEQ/L  (135-148)      Zayed B-1065
  K-SERUM (FINAL)              3.8   MEQ/L  (3.5-5.0)
  CHLORIDE (FINAL)             103   MEQ/L  (96-109)
  CO2 (FINAL)                   21   mEq/L  (21-31)
  UREA-NITROGEN (FINAL)         10   MG/DL  (7-22)
  CREATININE, SERUM (FINAL)    0.3 * MG/DL  (0.5-1.2)
  GLUCOSE (FINAL)               99   MG/DL  (60-109)
   Impaired Glucose Tolerance: 110-125 mg/dL
   Diabetes:                   >126 mg/dL
```

LAB #: 51-3A8829 continued on next page

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| Requestor: | OLIVI,ALESSANDRO |
| Location: | GOR-7 |

LAB #: 51-3A8829 continued from previous page

```
CALCIUM (FINAL)              8.4   MG/DL   (8.4-10.5)
ANION GAP (FINAL)            20    mEq/L   (11-20)
SUN/CREAT RATIO (FINAL)      33
```

4/18/03 @ 11:45 pm NVIC7    LAB #: 14-2B0864    SPECIMEN: BLOOD
               TRANSIT TIME: 7 minutes  KOENIG,MATTHEW AUGUST

```
SODIUM,WHOLE BLOOD                                          J0103
  SODIUM (FINAL)             141   MEQ/L   (135-148)   Zayed 5100

POTASSIUM,WHOLE BLOOD                                       J0104
  K-WBLOOD (FINAL)           3.6   mEq/L   (3.5-5.0)   Zayed 5100

GLUCOSE,WHOLE BLOOD                                         J0149
  GLUCOSE (FINAL)            114 * MG/DL   (60-109)    Zayed 5100
    Impaired Glucose Tolerance: 110-125 mg/dL
    Diabetes:                   >126 mg/dL


BLOOD GASES (PH,PCO2,PO2)                                   J0186
  PH (FINAL)                 7.43          (7.35-7.45)  Zayed 5100
  PCO2 (FINAL)               37    MM HG   (35-45)
  PO2 (FINAL)                258 * MM HG   (75-100)
  CALC BICARB (FINAL)        24  * MMOL/L  (18-23)
  TEMP ADJUSTED RESULT (FINAL)  37.4   TO DEG.C
  SPECIMEN SOURCE (FINAL)    Arterial
```

4/18/03 @ 11:45 pm NCCU7    LAB #: 51-2M1623    SPECIMEN: BLOOD
               TRANSIT TIME: 58 minutes  NO DOCTOR NO.SPECIFIED

```
HEME-8 EMERGENCY                                           J3022
  WHITE BLOOD CELL CNT (FINAL)   17460 * #/cu mm(4500-13000) Zayed B-1065
  RED BLOOD CELL COUNT (FINAL)   4.18    M/CU MM(4.00-5.20)
  HEMOGLOBIN (FINAL)             10.3 *  G/DL   (12.4-14.8)
  PACKED CELL VOLUME (FINAL)     32.1 *  %      (36.0-46.0)
  MEAN CORPUSCULAR VOL (FINAL)   76.8 *  FL     (80.0-100.0)
  MEAN CORPUSCULAR HGB (FINAL)   24.6 *  PG     (26.0-34.0)
  MEAN CORPUS HGB CONC (FINAL)   32.1    g/dL   (31.0-37.0)
  RBC DISTRIB. WIDTH (FINAL)     18.6 *  %      (11.5-14.5)
  PLATELET COUNT (FINAL)         206     K/CU MM(150-350)
```

PRINTED: 31-Dec-2012 @ 09:25 am
J=Johns Hopkins Medical Labs    G=Green Spring Labs       Q=Quest Diagnostics, Inc.    K=Kennedy Krieger Genetics
   600 North Wolfe Street         10755 Falls Road-Suite 150   1901 Sulphur Spring Road      707 North Broadway
   Baltimore, Md. 21287           Lutherville, Md. 21093       Baltimore, Md. 21227          Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:   Apr 29, 1982
Sex / Age:    Female/30 yrs.

Requestor:    OLIVI,ALESSANDRO
Location:     GOR-7

---

4/19/03 @ 03:45 am NVIC7    LAB #: 14-2B0959    SPECIMEN: BLOOD
            TRANSIT TIME: 28 minutes   KOENIG,MATTHEW AUGUST

SODIUM,WHOLE BLOOD                                                J0103
    SODIUM (FINAL)                   136    MEQ/L  (135-148)   Zayed 5100

POTASSIUM,WHOLE BLOOD                                             J0104
    K-WBLOOD (FINAL)                 3.7    mEq/L  (3.5-5.0)   Zayed 5100


4/19/03 @ 05:18 am NCCU7    LAB #: 10-6I2581    SPECIMEN: BLOOD
            TRANSIT TIME: 6 minutes   KOENIG,MATTHEW AUGUST

OSMOLALITY, SERUM, EMERGENCY                                      J0193
    OSMOLALITY,SERUM (FINAL)       *277* * MOSM/KG(285-295)   Zayed B-1065


4/19/03 @ 10:00 am NCCU7    LAB #: 10-4I2839    SPECIMEN: BLOOD
            TRANSIT TIME: 2 hours 27 minutes   NO DOCTOR NO.SPECIFIED

OSMOLALITY, SERUM, EMERGENCY                                      J0193
    OSMOLALITY,SERUM (FINAL)        292    MOSM/KG(285-295)   Zayed B-1065


4/19/03 @ 01:00 pm NVIC7    LAB #: 14-0B1109    SPECIMEN: BLOOD
            TRANSIT TIME: 29 minutes   NO DOCTOR NO.SPECIFIED

SODIUM,WHOLE BLOOD                                                J0103
    SODIUM (FINAL)                   140    MEQ/L  (135-148)   Zayed 5100

POTASSIUM,WHOLE BLOOD                                             J0104
    K-WBLOOD (FINAL)                 3.5    mEq/L  (3.5-5.0)   Zayed 5100


4/19/03 @ 05:50 pm NVIC7    LAB #: 10-9I2960    SPECIMEN: BLOOD
            TRANSIT TIME: 4 minutes   O'TOOLE,DAVID A

OSMOLALITY, SERUM, EMERGENCY                                      J0193
    OSMOLALITY,SERUM (FINAL)       *298* * MOSM/KG(285-295)   Zayed B-1065


4/19/03 @ 05:50 pm NVIC7    LAB #: 14-4B1172    SPECIMEN: BLOOD
            TRANSIT TIME: 7 minutes   NO DOCTOR NO.SPECIFIED

SODIUM,WHOLE BLOOD                                                J0103
    SODIUM (FINAL)                   140    MEQ/L  (135-148)   Zayed 5100

POTASSIUM,WHOLE BLOOD                                             J0104
    K-WBLOOD (FINAL)                 3.7    mEq/L  (3.5-5.0)   Zayed 5100

---

| J=Johns Hopkins Medical Labs | G=Green Spring Labs | Q=Quest Diagnostics, Inc. | K=Kennedy Krieger Genetics |
|---|---|---|---|
| 600 North Wolfe Street | 10755 Falls Road-Suite 150 | 1901 Sulphur Spring Road | 707 North Broadway |
| Baltimore, Md. 21287 | Lutherville, Md. 21093 | Baltimore, Md. 21227 | Baltimore, MD 21205 |

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS
MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:     AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   OLIVI,ALESSANDRO
Location:    GOR-7

```
4/20/03 @ 02:38 am NCCU7    LAB #: 10-6I3228    SPECIMEN: BLOOD
            TRANSIT TIME: 11 minutes  O'TOOLE,DAVID A
```

|  |  |  |  |  |
|---|---|---|---|---|
| PHOSPHATE, SERUM, EMER. | | | | J0203 |
| PHOSPHATE (FINAL) | 1.5 * | MG/DL | (2.7-4.5) | Zayed B-1065 |
| | | | | |
| MAGNESIUM,SERUM,EMERGENCY | | | | J0207 |
| MAGNESIUM,SERUM (FINAL) | 2.0 | MEQ/L | (1.3-2.0) | Zayed B-1065 |
| | | | | |
| BASIC METABOLIC PANEL, EMERG | | | | J0565 |
| SODIUM (FINAL) | 145 | MEQ/L | (135-148) | Zayed B-1065 |
| K-SERUM (FINAL) | 3.4 * | MEQ/L | (3.5-5.0) | |
| CHLORIDE (FINAL) | 109 | MEQ/L | (96-109) | |
| CO2 (FINAL) | 23 | mEq/L | (21-31) | |
| UREA-NITROGEN (FINAL) | 13 | MG/DL | (7-22) | |
| CREATININE, SERUM (FINAL) | 0.3 * | MG/DL | (0.5-1.2) | |
| GLUCOSE (FINAL) | 182 * | MG/DL | (60-109) | |

```
 Impaired Glucose Tolerance: 110-125 mg/dL
 Diabetes:                    >126 mg/dL
```

|  |  |  |  |
|---|---|---|---|
| CALCIUM (FINAL) | 8.8 | MG/DL | (8.4-10.5) |
| ANION GAP (FINAL) | 16 | mEq/L | (11-20) |
| SUN/CREAT RATIO (FINAL) | 43 | | |

```
4/20/03 @ 02:38 am NCCU7    LAB #: 51-8M2637    SPECIMEN: BLOOD
            TRANSIT TIME: 11 minutes  O'TOOLE,DAVID A
```

|  |  |  |  |  |
|---|---|---|---|---|
| HEME-8 WITH DIFFERENTIAL,EM | | | | J3026 |
| WHITE BLOOD CELL CNT (FINAL) | 12860 | #/cu mm | (4500-13000) | Zayed B-1065 |
| RED BLOOD CELL COUNT (FINAL) | 4.22 | M/CU MM | (4.00-5.20) | |
| HEMOGLOBIN (FINAL) | 10.3 * | G/DL | (12.4-14.8) | |
| PACKED CELL VOLUME (FINAL) | 32.5 * | % | (36.0-46.0) | |
| MEAN CORPUSCULAR VOL (FINAL) | 77.0 * | FL | (80.0-100.0) | |
| MEAN CORPUSCULAR HGB (FINAL) | 24.4 * | PG | (26.0-34.0) | |
| MEAN CORPUS HGB CONC (FINAL) | 31.7 | g/dL | (31.0-37.0) | |
| RBC DISTRIB. WIDTH (FINAL) | 18.7 * | % | (11.5-14.5) | |
| PLATELET COUNT (FINAL) | 227 | K/CU MM | (150-350) | |
| LYMPH % (FINAL) | 3 * | % | (28-48) | |
| MONONUCLEAR % (FINAL) | 4 | % | (3-10) | |
| NEUTROPHIL % (FINAL) | 93 * | % | (40-70) | |
| EOSINOPHIL % (FINAL) | 0 * | % | (1-4) | |
| BASOPHIL % (FINAL) | 0 | % | (0-2) | |
| LYMPH NUMBER (FINAL) | 330 * | #/CU MM | (1300-6300) | |
| MONONUCLEAR NUMBER (FINAL) | 540 | #/CU MM | (100-1300) | |
| NEUTROPHIL NUMBER (FINAL) | 11980 * | #/CU MM | (1500-7800) | |
| EOSINOPHIL NUMBER (FINAL) | 0 * | #/CU MM | (120-300) | |

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   OLIVI, ALESSANDRO
Location:    GOR-7

---

4/20/03 @ 12:05 pm GOR-7    LAB #: 14-0B1412    SPECIMEN: BLOOD
            TRANSIT TIME: 57 minutes  RIECHERS, RONALD

SODIUM, WHOLE BLOOD                                                    J0103
  SODIUM (FINAL)                  143    MEQ/L  (135-148)      Zayed 5100

POTASSIUM, WHOLE BLOOD                                                 J0104
  K-WBLOOD (FINAL)                3.7    mEq/L  (3.5-5.0)      Zayed 5100


4/20/03 @ 06:30 pm NVIC7    LAB #: 14-7B1484    SPECIMEN: BLOOD
            TRANSIT TIME: 6 minutes  NO DOCTOR NO. SPECIFIED

SODIUM, WHOLE BLOOD                                                    J0103
  SODIUM (FINAL)                  144    MEQ/L  (135-148)      Zayed 5100

POTASSIUM, WHOLE BLOOD                                                 J0104
  K-WBLOOD (FINAL)                4.3    mEq/L  (3.5-5.0)      Zayed 5100


4/21/03 @ 12:01 am NCCU7    LAB #: 10-7I3995    SPECIMEN: BLOOD
            TRANSIT TIME: 10 minutes  RIECHERS, RONALD

PHOSPHATE, SERUM, EMER.                                                J0203
  PHOSPHATE (FINAL)               *2.4* * MG/DL  (2.7-4.5)     Zayed B-1065

MAGNESIUM, SERUM, EMERGENCY                                            J0207
  MAGNESIUM, SERUM (FINAL)        1.9    MEQ/L  (1.3-2.0)      Zayed B-1065

BASIC METABOLIC PANEL, EMERG                                           J0565
  SODIUM (FINAL)                  144    MEQ/L  (135-148)      Zayed B-1065
  K-SERUM (FINAL)                 3.9    MEQ/L  (3.5-5.0)
  CHLORIDE (FINAL)                *110* * MEQ/L  (96-109)
  CO2 (FINAL)                     22     mEq/L  (21-31)
  UREA-NITROGEN (FINAL)           16     MG/DL  (7-22)
  CREATININE, SERUM (FINAL)       *0.3* * MG/DL  (0.5-1.2)
  GLUCOSE (FINAL)                 *145* * MG/DL  (60-109)
   Impaired Glucose Tolerance: 110-125 mg/dL
   Diabetes:                    >126 mg/dL

  CALCIUM (FINAL)                 8.6    MG/DL  (8.4-10.5)
  ANION GAP (FINAL)               16     mEq/L  (11-20)
  SUN/CREAT RATIO (FINAL)         53

J=Johns Hopkins Medical Labs    G=Green Spring Labs        Q=Quest Diagnostics, Inc.    K=Kennedy Krieger Genetics
  600 North Wolfe Street          10755 Falls Road-Suite 150   1901 Sulphur Spring Road     707 North Broadway
  Baltimore, Md. 21287            Lutherville, Md. 21093       Baltimore, Md. 21227         Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| Requestor: | OLIVI,ALESSANDRO |
| Location: | GOR-7 |

4/21/03 @ 12:01 am NVIC7    LAB #: 14-0B1538    SPECIMEN: BLOOD
              TRANSIT TIME: 15 minutes  RIECHERS,RONALD

                                                                J0103
SODIUM,WHOLE BLOOD
   SODIUM (FINAL)                143    MEQ/L  (135-148)     Zayed 5100

                                                                J0104
POTASSIUM,WHOLE BLOOD
   K-WBLOOD (FINAL)              4.0    mEq/L  (3.5-5.0)      Zayed 5100

                                                                J0149
GLUCOSE,WHOLE BLOOD
   GLUCOSE (FINAL)               *167* * MG/DL  (60-109)     Zayed 5100
      Impaired Glucose Tolerance: 110-125 mg/dL
      Diabetes:                   >126 mg/dL


4/21/03 @ 12:01 am NCCU7    LAB #: 51-1M3350    SPECIMEN: BLOOD
              TRANSIT TIME: 10 minutes  RIECHERS,RONALD

                                                                J3022
HEME-8 EMERGENCY
   WHITE BLOOD CELL CNT (FINAL)    *13580* * #/cu mm(4500-13000) Zayed B-1065
   RED BLOOD CELL COUNT (FINAL)    4.31    M/CU MM(4.00-5.20)
   HEMOGLOBIN (FINAL)              *10.6* * G/DL  (12.4-14.8)
   PACKED CELL VOLUME (FINAL)      *33.7* * %     (36.0-46.0)
   MEAN CORPUSCULAR VOL (FINAL)    *78.2* * FL    (80.0-100.0)
   MEAN CORPUSCULAR HGB (FINAL)    *24.6* * PG    (26.0-34.0)
   MEAN CORPUS HGB CONC (FINAL)    31.5    g/dL· (31.0-37.0)
   RBC DISTRIB. WIDTH (FINAL)      *18.5* * %     (11.5-14.5)
   PLATELET COUNT (FINAL)          224    K/CU MM(150-350)


4/21/03 @ 05:15 am MICU7    LAB #: 14-4B1592    SPECIMEN: BLOOD
              TRANSIT TIME: 8 minutes  NO DOCTOR NO.SPECIFIED

                                                                J0103
SODIUM,WHOLE BLOOD
   SODIUM (FINAL)                143    MEQ/L  (135-148)     Zayed 5100

                                                                J0104
POTASSIUM,WHOLE BLOOD
   K-WBLOOD (FINAL)              3.9    mEq/L  (3.5-5.0)      Zayed 5100

                                                                J0149
GLUCOSE,WHOLE BLOOD
   GLUCOSE (FINAL)               *139* * MG/DL  (60-109)     Zayed 5100
      Impaired Glucose Tolerance: 110-125 mg/dL
      Diabetes:                   >126 mg/dL

PRINTED: 31-Dec-2012 @ 09:25 am
J=Johns Hopkins Medical Labs    G=Green Spring Labs         Q=Quest Diagnostics, Inc.    K=Kennedy Krieger Genetics
  600 North Wolfe Street          10755 Falls Road-Suite 150   1901 Sulphur Spring Road      707 North Broadway
  Baltimore, Md. 21287            Lutherville, Md. 21093        Baltimore, Md. 21227          Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   OLIVI, ALESSANDRO
Location:    GOR-7

---

4/21/03 @ 11:45 am GOR-7    LAB #: 14-1B1683    SPECIMEN: BLOOD
          TRANSIT TIME: 12 minutes   KOENIG,MATTHEW AUGUST

SODIUM,WHOLE BLOOD                                                        J0103
    SODIUM (FINAL)                   144    MEQ/L   (135-148)    Zayed 5100

POTASSIUM,WHOLE BLOOD                                                     J0104
    K-WBLOOD (FINAL)                 3.9    mEq/L   (3.5-5.0)    Zayed 5100

GLUCOSE,WHOLE BLOOD                                                       J0149
    GLUCOSE (FINAL)                  *123* * MG/DL  (60-109)     Zayed 5100
    Impaired Glucose Tolerance: 110-125 mg/dL
    Diabetes:                   >126 mg/dL


4/21/03 @ 06:00 pm NVIC7    LAB #: 14-7B1789    SPECIMEN: BLOOD
          TRANSIT TIME: 5 minutes   KOENIG,MATTHEW AUGUST

SODIUM,WHOLE BLOOD                                                        J0103
    SODIUM (FINAL)                   141    MEQ/L   (135-148)    Zayed 5100
    (Green top tube.)

POTASSIUM,WHOLE BLOOD                                                     J0104
    K-WBLOOD (FINAL)                 *3.4* * mEq/L   (3.5-5.0)   Zayed 5100
    (Green top tube.)

GLUCOSE,WHOLE BLOOD                                                       J0149
    GLUCOSE (FINAL)                  *200* * MG/DL   (60-109)    Zayed 5100
    (Green top tube.)
    Impaired Glucose Tolerance: 110-125 mg/dL
    Diabetes:                   >126 mg/dL


4/22/03 @ 12:01 am NCCU7    LAB #: 10-6I6615    SPECIMEN: BLOOD
          TRANSIT TIME: 45 minutes   KOENIG,MATTHEW AUGUST

PHOSPHATE, SERUM, EMER.                                                   J0203
    PHOSPHATE (FINAL)                3.2    MG/DL   (2.7-4.5)    Zayed B-1065

MAGNESIUM,SERUM,EMERGENCY                                                 J0207
    MAGNESIUM,SERUM (FINAL)          1.7    MEQ/L   (1.3-2.0)    Zayed B-1065

BASIC METABOLIC PANEL, EMERG                                              J0565
    SODIUM (FINAL)                   141    MEQ/L   (135-148)    Zayed B-1065
    K-SERUM (FINAL)                  3.7    MEQ/L   (3.5-5.0)
    CHLORIDE (FINAL)                 105    MEQ/L   (96-109)
    CO2 (FINAL)                      *20* * mEq/L   (21-31)

          LAB #: 51-3A8829 continued on next page

---

PRINTED: 31-Dec-2012 @ 09:25 am                                    Page 9

J=Johns Hopkins Medical Labs      G=Green Spring Labs      Q=Quest Diagnostics, Inc.   K=Kennedy Krieger Genetics
600 North Wolfe Street            10755 Falls Road-Suite 150   1901 Sulphur Spring Road   707 North Broadway
Baltimore, Md. 21287              Lutherville, Md. 21093        Baltimore, Md. 21227       Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   OLIVI,ALESSANDRO
Location:    GOR-7

LAB #: 51-3A8829 continued from previous page

| | | | |
|---|---|---|---|
| UREA-NITROGEN (FINAL) | 15 | MG/DL | (7-22) |
| CREATININE, SERUM (FINAL) | *0.3* * | MG/DL | (0.5-1.2) |
| GLUCOSE (FINAL) | *126* * | MG/DL | (60-109) |
| Impaired Glucose Tolerance: | 110-125 mg/dL | | |
| Diabetes: | >126 mg/dL | | |
| | | | |
| CALCIUM (FINAL) | 8.7 | MG/DL | (8.4-10.5) |
| ANION GAP (FINAL) | 20 | mEq/L | (11-20) |
| SUN/CREAT RATIO (FINAL) | 50 | | |

4/22/03 @ 12:01 am NVIC7    LAB #: 14-9B1869    SPECIMEN: BLOOD
                TRANSIT TIME: 13 minutes   KOENIG,MATTHEW AUGUST

                                                                    J0149
GLUCOSE,WHOLE BLOOD                                          Zayed 5100
| | | | |
|---|---|---|---|
| GLUCOSE (FINAL) | *149* * | MG/DL | (60-109) |
| Impaired Glucose Tolerance: | 110-125 mg/dL | | |
| Diabetes: | >126 mg/dL | | |

                                                                    J1020
CALCIUM,IONIZED, WHOLE BLOOD                                 Zayed 5100
| | | | |
|---|---|---|---|
| IONIZED CALCIUM (FINAL) | 1.21 | MMOL/L | (1.13-1.32) |
| SPECIMEN PH (FINAL) | 7.48 | | |

4/22/03 @ 12:01 am NCCU7    LAB #: 51-6M5104    SPECIMEN: BLOOD
                TRANSIT TIME: 45 minutes   KOENIG,MATTHEW AUGUST

                                                                    J3022
HEME-8 EMERGENCY                                             Zayed B-1065
| | | | |
|---|---|---|---|
| WHITE BLOOD CELL CNT (FINAL) | 8750 | #/cu mm | (4500-13000) |
| RED BLOOD CELL COUNT (FINAL) | 4.02 | M/CU MM | (4.00-5.20) |
| HEMOGLOBIN (FINAL) | *9.8* * | G/DL | (12.4-14.8) |
| PACKED CELL VOLUME (FINAL) | *31.0* * % | | (36.0-46.0) |
| MEAN CORPUSCULAR VOL (FINAL) | *77.1* * | FL | (80.0-100.0) |
| MEAN CORPUSCULAR HGB (FINAL) | *24.4* * | PG | (26.0-34.0) |
| MEAN CORPUS HGB CONC (FINAL) | 31.6 | g/dL | (31.0-37.0) |
| RBC DISTRIB. WIDTH (FINAL) | *17.8* * % | | (11.5-14.5) |
| PLATELET COUNT (FINAL) | 216 | K/CU MM | (150-350) |

4/22/03 @ 05:40 am NVIC7    LAB #: 14-0B1949    SPECIMEN: BLOOD
                TRANSIT TIME: 7 minutes   O'TOOLE,DAVID A

                                                                    J0103
SODIUM,WHOLE BLOOD                                           Zayed 5100
| | | | |
|---|---|---|---|
| SODIUM (FINAL) | 140 | MEQ/L | (135-148) |

                                                                    J0104
POTASSIUM,WHOLE BLOOD

LAB #: 51-3A8829 continued on next page

PRINTED: 31-Dec-2012 @ 09:25 am
J=Johns Hopkins Medical Labs     G=Green Spring Labs         Q=Quest Diagnostics, Inc.    K=Kennedy Krieger Genetics
600 North Wolfe Street           10755 Falls Road-Suite 150  1901 Sulphur Spring Road     707 North Broadway
Baltimore, Md. 21287             Lutherville, Md. 21093      Baltimore, Md. 21227         Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:   Apr 29, 1982
Sex / Age:    Female/30 yrs.

Requestor:    OLIVI,ALESSANDRO
Location:     GOR-7

LAB #: 51-3A8829 continued from previous page

| | | | | |
|---|---|---|---|---|
| K-WBLOOD (FINAL) | 3.6 | mEq/L | (3.5-5.0) | Zayed 5100 |

GLUCOSE,WHOLE BLOOD                                              J0149
  GLUCOSE (FINAL)            *128* * MG/DL  (60-109)    Zayed 5100
   Impaired Glucose Tolerance: 110-125 mg/dL
   Diabetes:                >126 mg/dL


4/23/03 @ 08:30 am MEY-8    LAB #: 10-0I9530    SPECIMEN: BLOOD
          TRANSIT TIME: Not Calculated  NO DOCTOR NO.SPECIFIED

BASIC METABOLIC PANEL                                           J0560
  SODIUM (FINAL)            140     MEQ/L  (135-148)    Zayed B-1065
  K-SERUM (FINAL)          3.9     MEQ/L  (3.5-5.0)
  CHLORIDE (FINAL)         104     MEQ/L  (96-109)
  CO2 (FINAL)               24     mEq/L  (21-31)
  UREA-NITROGEN (FINAL)      9     MG/DL  (7-22)
  CREATININE, SERUM (FINAL) *0.3* * MG/DL  (0.5-1.2)
  GLUCOSE (FINAL)          102     MG/DL  (60-109)
   Impaired Glucose Tolerance: 110-125 mg/dL
   Diabetes:                >126 mg/dL

  CALCIUM (FINAL)          9.0     MG/DL  (8.4-10.5)
  ANION GAP (FINAL)         16     mEq/L  (11-20)
  SUN/CREAT RATIO (FINAL)   30


4/23/03 @ 08:30 am MEY-8    LAB #: 51-4M7081    SPECIMEN: BLOOD
          TRANSIT TIME: Not Calculated  NO DOCTOR NO.SPECIFIED

HEME-8                                                          J3020
  WHITE BLOOD CELL CNT (FINAL)   9370    #/cu mm(4500-13000)   Zayed B-1065
  RED BLOOD CELL COUNT (FINAL)   4.57    M/CU MM(4.00-5.20)
  HEMOGLOBIN (FINAL)            *11.0* * G/DL   (12.4-14.8)
  PACKED CELL VOLUME (FINAL)    *35.3* * %      (36.0-46.0)
  MEAN CORPUSCULAR VOL (FINAL)  *77.2* * FL     (80.0-100.0)
  MEAN CORPUSCULAR HGB (FINAL)  *24.1* * PG     (26.0-34.0)
  MEAN CORPUS HGB CONC (FINAL)   31.2    g/dL   (31.0-37.0)
  RBC DISTRIB. WIDTH (FINAL)    *17.7* * %      (11.5-14.5)
  PLATELET COUNT (FINAL)        282     K/CU MM(150-350)

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS
MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   NO DOCTOR NO.SPECIFIED
Location:    MEY-8

---

4/30/03 @ 06:30 am MEY-8    LAB #: 10-5K3701    SPECIMEN: BLOOD
TRANSIT TIME: Not Calculated  NO DOCTOR NO.SPECIFIED

HOMOCYSTEINE                                                          J3224
   HOMOCYSTEINE DETRMIN (FINAL)      5.8   mcmol/L(4.0-12.0)    Zayed B-1065
   New Reference Range - effective 11/1/2000


4/30/03 @ 06:30 am MEY-8    LAB #: 10-3K3702    SPECIMEN: BLOOD
TRANSIT TIME: Not Calculated  ANDERSON,WILLIAM STANLEY

BASIC METABOLIC PANEL                                                 J0560
   SODIUM (FINAL)                    137   MEQ/L  (135-148)    Zayed B-1065
   K-SERUM (FINAL)                   4.1   MEQ/L  (3.5-5.0)
   CHLORIDE (FINAL)                  98    MEQ/L  (96-109)
   CO2 (FINAL)                       22    mEq/L  (21-31)
   UREA-NITROGEN (FINAL)             14    MG/DL  (7-22)
   CREATININE, SERUM (FINAL)         *0.4* * MG/DL  (0.5-1.2)
   GLUCOSE (FINAL)                   *120* * MG/DL  (60-109)
   Impaired Glucose Tolerance: 110-125 mg/dL
   Diabetes:                   >126 mg/dL

   CALCIUM (FINAL)                   9.1   MG/DL  (8.4-10.5)
   ANION GAP (FINAL)                 *21* * mEq/L  (11-20)
   SUN/CREAT RATIO (FINAL)           35


4/30/03 @ 06:30 am MEY-8    LAB #: 51-2A7172    SPECIMEN: BLOOD
TRANSIT TIME: Not Calculated  ANDERSON,WILLIAM STANLEY

HEME-8                                                               J3020
   WHITE BLOOD CELL CNT (FINAL)   *22050* * #/cu mm(4500-11000) Zayed B-1065
   RED BLOOD CELL COUNT (FINAL)     4.79   M/CU MM(4.00-5.20)
   HEMOGLOBIN (FINAL)              *11.7* * G/DL   (12.0-15.0)
   PACKED CELL VOLUME (FINAL)      37.1    %      (36.0-46.0)
   MEAN CORPUSCULAR VOL (FINAL)    *77.5* * FL     (80.0-100.0)
   MEAN CORPUSCULAR HGB (FINAL)    *24.4* * PG     (26.0-34.0)
   MEAN CORPUS HGB CONC (FINAL)    31.5    g/dL   (31.0-37.0)
   RBC DISTRIB. WIDTH (FINAL)      *18.4* * %      (11.5-14.5)
   PLATELET COUNT (FINAL)          *363* * K/CU MM(150-350)


4/30/03 @ 06:30 am MEY-8    LAB #: 54-7Q4688    SPECIMEN: BLOOD
TRANSIT TIME: Not Calculated  NO DOCTOR NO.SPECIFIED

FIBRINOGEN,QUANTITATIVE                                              J3325
   FIBRINOGEN,QUANTITAT (FINAL)     198   mg/dL(150-450)        Zayed B-1065

PROTHROMBIN TIME                                                     J3820

LAB #: 51-3A8829 continued on next page

---

J=Johns Hopkins Medical Labs     G=Green Spring Labs         Q=Quest Diagnostics, Inc.    K=Kennedy Krieger Genetics
   600 North Wolfe Street          10755 Falls Road-Suite 150    1901 Sulphur Spring Road    707 North Broadway
   Baltimore, Md. 21287            Lutherville, Md. 21093         Baltimore, Md. 21227        Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

Patient:      AKSU, HANDE M
Med. Rec. #: 3578879
Birth Date:  Apr 29, 1982
Sex / Age:   Female/30 yrs.

Requestor:   NO DOCTOR NO.SPECIFIED
Location:    MEY-8

LAB #: 51-3A8829 continued from previous page

```
PROTHROMBIN TIME (FINAL)        16.4 * SECONDS(10.4-12.9)    Zayed B-1065
RATIO,PROTIME (FINAL)            1.4    PAT/NORM
INR, PRO TIME (FINAL)            1.5
```
The Prothrombin Time and the Prothrombin Time Ratio vary according to
the sensitivity of the thromboplastin used to perform the test.
The International Normalized Ratio (INR) attempts to compensate for
differences among thromboplastins. the Hematology Lab uses a high
sensitivity thromboplastin with an I.S.I value of 1.0. This reagent is
more sensitive to factor deficiencies, making clotting times in
seconds longer. In principle, the same sample tested in any laboratory
should have the same INR. The INR should be followed to monitor
therapy.

```
Recommmended Therapeutic INR Ranges:
    Mechanical Prosthetic Heart Valves:     2.5-3.5
    Usual Therapeutic Range:                2.0-3.0

APTT                                                          J3821
  ACT PARTIAL THROMBO (FINAL)     25.9    SECONDS(24.4-34.0)  Zayed B-1065
  RATIO,APTT (FINAL)              0.9     PAT/NORM
```

4/30/03 @ 06:30 am MEY-8     LAB #: 54-5Q4689     SPECIMEN: BLOOD
                  TRANSIT TIME: Not Calculated  NO DOCTOR NO.SPECIFIED

```
CARDIOLIPIN AB PANEL                                          J4592
  CARDIOLIPIN IGG AB (FINAL)        2    GPL Units            Zayed B-1065
  Negative:       <10 GPL Units
  Low positive:   10-19 GPL Units
  Med. positive:  20-79 GPL Units
  High positive:  Greater than/equal to 80 GPL Units
```

This result was obtained with the INOVA QUANTA Lite (TM) ACA IgG (HRP)
ELISA and may not be used interchangeably with other manufacturers'
assay methods. The result cannot be correlated to an endpoint titer.
```
CARDIOLIPIN IGM AB (FINAL)        11    MPL Units
  Negative:       <10 MPL Units
  Low positive:   10-19 MPL Units
  Med. positive:  20-79 MPL Units
  High positive:  Greater than/equal to 80 MPL units
```

This result was obtained with the INOVA QUANTA Lite (TM) ACA IgM (HRP)
ELISA and may not be used interchangeably iwth other manufacturers'
assay methods.  The result cannot be correlated to an endpoint titer.
```
CARDIOLIPIN IGA AB (FINAL)         1    APL Units
  Negative:       <10 APL Units
  Low positive:   10-19 APL Units
```

LAB #: 51-3A8829 continued on next page

PRINTED: 31-Dec-2012 @ 09:25 am                              Page 13
J=Johns Hopkins Medical Labs     G=Green Spring Labs          Q=Quest Diagnostics, Inc.     K=Kennedy Krieger Genetics
  600 North Wolfe Street           10755 Falls Road-Suite 150   1901 Sulphur Spring Road      707 North Broadway
  Baltimore, Md. 21287             Lutherville, Md. 21093        Baltimore, Md. 21227          Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS
MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| | |
| Requestor: | NO DOCTOR NO.SPECIFIED |
| Location: | MEY-8 |

LAB #: 51-3A8829 continued from previous page

Med. positive: 20-79 APL Units
High positive: Greater than/equal to 80 APL Units

This result was obtained with the INOVA QUANTA Lite (TM) ACA IgA (HRP)
ELISA and may not be used interchangeably with other manufacturers'
assay methods.  The result cannot be correlated to an endpoint titer.


4/30/03 @ 11:35 pm MEY-8    LAB #: 54-9Q5127    SPECIMEN: BLOOD
                TRANSIT TIME: 17 minutes  NO DOCTOR NO.SPECIFIED

PROTHROMBIN TIME                                                      J3820
    PROTHROMBIN TIME (FINAL)      **13.9** * SECONDS(10.4-12.9)    Zayed B-1065
    RATIO,PROTIME (FINAL)          1.2    PAT/NORM
    INR, PRO TIME (FINAL)          1.2
    The Prothrombin Time and the Prothrombin Time Ratio vary according to
    the sensitivity of the thromboplastin used to perform the test.
    The International Normalized Ratio (INR) attempts to compensate for
    differences among thromboplastins. the Hematology Lab uses a high
    sensitivity thromboplastin with an I.S.I value of 1.0. This reagent is
    more sensitive to factor deficiencies, making clotting times in
    seconds longer. In principle, the same sample tested in any laboratory
    should have the same INR. The INR should be followed to monitor
    therapy.

    Recommmended Therapeutic INR Ranges:
        Mechanical Prosthetic Heart Valves:     2.5-3.5
        Usual Therapeutic Range:                2.0-3.0

  APTT                                                               J3821
    ACT PARTIAL THROMBO (FINAL)     **56.0** * SECONDS(24.4-34.0)   Zayed B-1065
    RATIO,APTT (FINAL)              1.9    PAT/NORM


4/30/03 Time ?? MEY-8    LAB #: 54-2Q4976    SPECIMEN: BLOOD
                TRANSIT TIME: Not Calculated  NO DOCTOR NO.SPECIFIED

PROTHROMBIN CONSUMPTION  - CANCELLED                                  J3822
    Test Comment:                                        Zayed B-1065
      SPECIMEN DID NOT RECEIVED AT 37C.
      CALLED BY JJ TO MICHELL; AT 1300 ON 05/02/03.


                LAB #: 51-3A8829 continued on next page

J=Johns Hopkins Medical Labs    G=Green Spring Labs      Q=Quest Diagnostics, Inc.   K=Kennedy Krieger Genetics
    600 North Wolfe Street        10755 Falls Road-Suite 150   1901 Sulphur Spring Road     707 North Broadway
    Baltimore, Md. 21287          Lutherville, Md. 21093       Baltimore, Md. 21227         Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| | |
| Requestor: | NO DOCTOR NO.SPECIFIED |
| Location: | MEY-8 |

---

```
4/30/03 Time ?? MEY-8    LAB #: 54-0Q4977    SPECIMEN: BLOOD
              TRANSIT TIME: Not Calculated   NO DOCTOR NO.SPECIFIED


   PROTEIN C RESISTANCE,ACTVATD                                 J3176
     PRO C RESIS,ACTIVATD (FINAL)      2.4    RATIO(2.2-4.0)   Zayed B-1065


   FACTOR V MUTATION (LEIDEN)  - CANCELLED                      J3241
     Test Comment:                                            Zayed B-1065
      SEE RESULTS OF PROTEIN C RESISTANCE, ACTIVATED
   FACTOR II ACTIVITY                                           J3616
     FACTOR II ACTIVITY (FINAL)        75    PERCENT(50-200)   Zayed B-1065


   INTERPRETATION-COAGULATION                                   J9471
     SUMMARY (FINAL)                                          Zayed B-1065
     The PT and aPTT are prolonged. The Factor II level is normal.  The
     evaluation for hypercoagulation is negative.
     INTERPRETATION (FINAL)
     If the patient is being anti-coagulated, this will account for the
     prolongation of PT and aPTT.  The negative APC screen is 100%  '
     sensitive for Factor V Leiden.  If a prothrombotic disorder is being
     considered, a dilute RVVT and prothrombin gene mutation may be
     indicated.
       Interpretation and Recommendations provided by:
           Thomas S Kickler, MD
           Director,Hematology Laboratory



5/1/03 @ 06:39 am MEY-8    LAB #: 54-0Q5207    SPECIMEN: BLOOD
              TRANSIT TIME: Not Calculated   ANDERSON,WILLIAM STANLEY


   PROTHROMBIN TIME                                             J3820
     PROTHROMBIN TIME (FINAL)     15.4 * SECONDS(10.4-12.9)  Zayed B-1065
     RATIO,PROTIME (FINAL)         1.3   PAT/NORM
     INR, PRO TIME (FINAL)         1.4
     The Prothrombin Time and the Prothrombin Time Ratio vary according to
     the sensitivity of the thromboplastin used to perform the test.
     The International Normalized Ratio (INR) attempts to compensate for
     differences among thromboplastins. the Hematology Lab uses a high
     sensitivity thromboplastin with an I.S.I value of 1.0. This reagent is
     more sensitive to factor deficiencies, making clotting times in
     seconds longer. In principle, the same sample tested in any laboratory
     should have the same INR. The INR should be followed to monitor
     therapy.


     Recommmended Therapeutic INR Ranges:
         Mechanical Prosthetic Heart Valves:     2.5-3.5
         Usual Therapeutic Range:                2.0-3.0


   APTT                                                         J3821
```

LAB #: 51-3A8829 continued on next page

---

J=Johns Hopkins Medical Labs    G=Green Spring Labs         Q=Quest Diagnostics, Inc.   K=Kennedy Krieger Genetics
600 North Wolfe Street          10755 Falls Road-Suite 150  1901 Sulphur Spring Road    707 North Broadway
Baltimore, Md. 21287            Lutherville, Md. 21093       Baltimore, Md. 21227        Baltimore, MD 21205

Form: PDS-0020 Rev 12/18/06



**JOHNS HOPKINS**
**MEDICAL LABORATORIES**
600 North Wolfe Street
Carnegie 417
Baltimore, Maryland 21287
Phone: 410-955-1921
Director: *Brooks Jackson M.D.*

| | |
|---|---|
| Patient: | AKSU, HANDE M |
| Med. Rec. #: | 3578879 |
| Birth Date: | Apr 29, 1982 |
| Sex / Age: | Female/30 yrs. |
| | |
| Requestor: | NO DOCTOR NO.SPECIFIED |
| Location: | MEY-8 |

LAB #: 51-3A8829 continued from previous page

ACT PARTIAL THROMBO (FINAL)          **57.3** * SECONDS(24.4-34.0)    Zayed B-1065
RATIO,APTT (FINAL)                   2.0    PAT/NORM


5/1/03 @ 06:45 am MEY-8    LAB #: 10-1K5998    SPECIMEN: BLOOD
              TRANSIT TIME: Not Calculated   ANDERSON,WILLIAM STANLEY

BASIC METABOLIC PANEL                                             J0560
    SODIUM (FINAL)                   136    MEQ/L  (135-148)    Zayed B-1065
    K-SERUM (FINAL)                  3.6    MEQ/L  (3.5-5.0)
    CHLORIDE (FINAL)                 98     MEQ/L  (96-109)
    CO2 (FINAL)                      21     mEq/L  (21-31)
    UREA-NITROGEN (FINAL)            15     MG/DL  (7-22)
    CREATININE, SERUM (FINAL)        **0.3** * MG/DL  (0.5-1.2)
    GLUCOSE (FINAL)                  **122** * MG/DL  (60-109)
     Impaired Glucose Tolerance: 110-125 mg/dL
     Diabetes:                  >126 mg/dL

    CALCIUM (FINAL)                  9.9    MG/DL  (8.4-10.5)
    ANION GAP (FINAL)                **21** * mEq/L  (11-20)
    SUN/CREAT RATIO (FINAL)          50


5/1/03 @ 06:45 am MEY-8    LAB #: 51-3A8829    SPECIMEN: BLOOD
              TRANSIT TIME: Not Calculated   ANDERSON,WILLIAM STANLEY

HEME-8                                                           J3020
    WHITE BLOOD CELL CNT (FINAL)     **24590** * #/cu mm(4500-11000) Zayed B-1065
    RED BLOOD CELL COUNT (FINAL)     4.72   M/CU MM(4.00-5.20)
    HEMOGLOBIN (FINAL)               **11.5** * G/DL   (12.0-15.0)
    PACKED CELL VOLUME (FINAL)       36.6   %      (36.0-46.0)
    MEAN CORPUSCULAR VOL (FINAL)     **77.5** * FL     (80.0-100.0)
    MEAN CORPUSCULAR HGB (FINAL)     **24.4** * PG     (26.0-34.0)
    MEAN CORPUS HGB CONC (FINAL)     31.4   g/dL (31.0-37.0)
    RBC DISTRIB. WIDTH (FINAL)       **18.6** * %      (11.5-14.5)
    PLATELET COUNT (FINAL)           332    K/CU MM(150-350)

PRINTED: 31-Dec-2012 @ 09:25 am                                    Page 16
  J=Johns Hopkins Medical Labs    G=Green Spring Labs          Q=Quest Diagnostics, Inc.    K=Kennedy Krieger Genetics
  600 North Wolfe Street            10755 Falls Road-Suite 150   1901 Sulphur Spring Road     707 North Broadway
  Baltimore, Md. 21287              Lutherville, Md. 21093        Baltimore, Md. 21227         Baltimore, MD 21205
Form: PDS-0020 Rev 12/18/06