THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

05-09-15P05:29 RCVD

THE OFFICE OF STUDENT JUDICIAL SERVICES

## WITHDRAWAL AGREEMENT

This Withdrawal Agreement is between Hande Aksu and The George Washington University, (hereafter "GW" or "the University").

1.      By signing this Agreement, I, Hande Aksu, represent to GW that I understand and agree to the following terms of withdrawal from The George Washington University:

   A. That this withdrawal is permanent. At no time in the future will re-enrollment be allowed under any condition and I agree not to seek to re-enroll at the University.
   B. That this withdrawal will be back-dated so that no expense for the Fall 2005 semester will be incurred. Any balances I owe to the University for Fall 2005 will be forgiven.
   C. That any previous balance incurred from previous semesters will be forgiven provided that I comply with the terms of this Agreement.
   D. That all credits earned while a student at The George Washington University are eligible for transfer to another institution of higher education so long as I am in compliance with the terms of this Agreement.
   E. That the status of interim suspension will be lifted in light of the withdrawal, my agreement not to seek re-enrollment at the University and my compliance with the terms of this Agreement.
   F. That no further disciplinary action will be taken in light of this withdrawal provided that I comply with the terms of this Agreement.

2.      In consideration of the lifting of the interim suspension and forgiveness of debt, I, Hande Aksu, also agree as follows:

   A. I am *barred* from all University property, activities and events.   I may not be in any University property or at any University activities or events.   I am not eligible to re-enroll as a student at the University and will not seek to re-enroll.   If I am found to be on any property owned or leased by the University, I will be trespassing and may be arrested. I will also be subject to further judicial process for failure to comply with the terms of this Agreement.

   B. I must surrender my student GWorld identification card to the Office of Student Judicial Services, 2223 H St., NW, Suite 107, Washington, DC 20052, upon my signature of this Agreement.

3.   I, Hande Aksu, on behalf of myself and anyone who might claim through me, hereby forever releases, waives, discharges and holds harmless The George Washington University, and all other of its former, current and future trustees, directors,

1

2223 H STREET, NORTHWEST, SUITE 107 • WASHINGTON, DC 20052 • 202-994-OSJS(6757) • FAX 202-994-3051
EMAIL sjs@gwu.edu • WEB http://gwired.gwu.edu/sjs

officers, employees, attorneys, and agents, predecessors, successors, assigns, divisions, departments, subsidiaries, and affiliates, whether in their representative or individual capacities (collectively, the "Released Parties"), from any and all claims, demands, damages, debts, costs, suits, actions or causes of action, liabilities, charges or grievances of any nature whatsoever, whether past or present, whether known or unknown, vested or contingent, and regardless of the legal theory or factual basis involved, which I have or may have or which may hereafter accrue or which may be asserted by another on my behalf, arising prior to the execution of this Agreement. It is expressly understood that this is a GENERAL RELEASE. The release set forth herein shall remain in full force and effect to release claims based on events that occurred before the execution of this Agreement.

4.    This Agreement shall not in any way be construed as an admission by GW that it, or any of its directors, officers, employees, agents, affiliates, subsidiaries, predecessors, successors, or assigns, have acted wrongfully or have or would have any liability to me, Hande Aksu, under any law, regulation or theory.

5.    This Agreement shall not in any way be construed as an admission by me, Hande Aksu, that I have acted wrongfully or have or would have any liability to The George Washington University under any law, regulation or theory

6.    This Agreement shall be governed and construed, and the rights and obligations of the parties shall be determined, in accordance with the laws of the District of Columbia without regard to conflicts of laws issues. Any dispute regarding this Agreement shall be brought solely in the local or federal courts of the District of Columbia, and all parties hereby consent to the personal jurisdiction and venue of such courts for any such action, regardless of where they may reside or work at the time of such dispute.

7.    The provisions of this Agreement are severable, and if any part of the Agreement is found to be unenforceable, the other provisions shall remain in effect, but shall be voidable in the sole and absolute discretion of the party who was to receive the benefit of the provision found to be unenforceable, except that a finding that any portion of this Agreement is unenforceable shall not affect the validity of the release referred to above without the express written agreement of GW.

8.    This Agreement sets forth the full and complete understanding between the parties, and supersedes fully any and all prior agreements or understandings between the parties, oral or written, pertaining to the subject matter of this Agreement. The parties represent and acknowledge that in executing this Agreement they do not rely and have not relied upon any representation or statement not set forth herein with regard to the subject matter of this Agreement, its basis or effect, or otherwise. This Agreement may be modified or amended only by mutual written consent of the parties. This Agreement shall be binding upon, inure to the benefit of, and be enforceable by the

2

parties hereto and their respective personal representatives, agents, administrators, executors, heirs and assigns.

Intending to be legally bound, I have signed below to show my consent to the terms of this Agreement.

_____ 9/15/05
Witness

(TARA WOOLFSON)
Director, SJS.

_____
Witness

_____ 09/15/05
Hande Aksu       Date

The George Washington University

By:_____ 9-19-05
Dennis Blummer       Date

VP & General Counsel

3