# STATEMENT REGARDING FINANCIAL AND ACCESS-TO-COURT BARRIERS

I, Hande Muge Aksu, respectfully submit this statement in support of my filings before the Court.

I am a disabled pro se litigant currently residing outside the United States. I have experienced severe financial hardship and substantial technological barriers that significantly impair my ability to participate in this federal litigation on equal terms.

I do not have reliable access to paid court systems, PACER-related services, printing resources, scanning resources, or other litigation-related tools commonly available to represented parties. I have also experienced limitations involving electronic filing access, financial restrictions affecting online access, and difficulties obtaining court documents necessary to prepare responses.

These barriers are compounded by my neurological and disability-related limitations, emotional distress, and the substantial imbalance of resources between myself and Defendant George Washington University.

I respectfully assert that meaningful access to the courts is fundamental to due process and fair proceedings. The current financial and technological burdens substantially impair my practical ability to litigate this case and respond to filings within the required deadlines.

I submit this statement in good faith to explain the access-to-court barriers currently affecting my participation in this litigation.

Respectfully submitted,

/s/ Hande Muge Aksu
Hande Muge Aksu
Plaintiff Pro Se
[handemaksu@hotmail.com](mailto:handemaksu@hotmail.com)

_____
SIGNATURE


Date: 05/27/2026