UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HANDE MUGE AKSU,
Plaintiff,

v.

GEORGE WASHINGTON UNIVERSITY,
Defendant.

Civil Action No. 1:26-cv-01697-DLF

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _27TH__ day of May, 2026, a true and correct copy of the following documents:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss;
2. Plaintiff's Motion for Extension of Time;
3. Plaintiff's Emergency Motion Regarding Access to Court and Financial Hardship;
4. Statement Regarding Financial and Access-to-Court Barriers; and
5. Supporting Exhibits

were served via electronic mail and/or the Court's electronic filing system upon counsel for Defendant, including:

Jennifer E. Robins, Esq.
Saul Ewing LLP
[jennifer.robins@saul.com](mailto:jennifer.robins@saul.com)

Timothy D. Intelisano, Esq.
Saul Ewing LLP
[timothy.intelisano@saul.com](mailto:timothy.intelisano@saul.com)

Respectfully submitted,

/s/ Hande Muge Aksu
Hande Muge Aksu
Plaintiff Pro Se
[handemaksu@hotmail.com](mailto:handemaksu@hotmail.com)

Date: 05/25/2026

_____
SIGNATURE