**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HANDE MUGE AKSU,<br>*Plaintiff*,<br>v.<br>GEORGE WASHINGTON UNIVERSITY,<br>*Defendant.* | Civil Action No. 1:26-cv-01697-DLF |

**MOTION FOR LEAVE TO WITHDRAWAL**
**AS COUNSEL OF RECORD – TIMOTHY D. INTELISANO**

Counsel Timothy D. Intelisano, pursuant to Local Civil Rule 83.6, respectfully requests leave of Court to withdraw as counsel for Defendant George Washington University.

In support of this Motion, Mr. Intelisano states as follows:

1. Mr. Intelisano made his appearance in this matter on May 18, 2026 (ECF No. 3)
2. Mr. Intelisano will no longer be employed by the law firm of Saul Ewing LLP effective August 31, 2026.
3. Jennifer E. Robins and the law firm of Saul Ewing LLP will continue to represent Defendant George Washington University.

WHEREFORE, Timothy D. Intelisano respectfully requests that this Court grant him leave to withdraw as counsel for Defendant George Washington University.

Submitted this 31st day of August, 2026.

/s/ *Timothy D. Intelisano*
Timothy D. Intelisano (D.C. Bar. No. 9003324)
Saul Ewing LLP
1800 -M- Street, NW, Suite 1000 North
Washington, D.C. 20036
(202) 295-6615 – Telephone
(202) 337-6065 - Telefax
timothy.intelisano@saul.com

Jennifer E. Robins (D.C. Bar No. 1032209)
Saul Ewing LLP
1800 -M- Street, NW, Suite 1000 North
Washington, D.C. 20036
(202) 295-6652 - Telephone
(202) 337-6065 - Telefax
jennifer.robins@saul.com

*Defendant George Washington University*

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of August 2026, I have electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL OF RECORD – TIMOTHY D. INTELISANO** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all parties registered to receive CM/ECF notifications.

And by email (courtesy copy):

Hande Muge Aksu
handemaksu@hotmail.com

*/s/ Timothy D. Intelisano*
Timothy D. Intelisano

*Defendant George Washington University*