**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HANDE MUGE AKSU,<br>*Plaintiff*,<br>v.<br>GEORGE WASHINGTON UNIVERSITY,<br>*Defendant.* | Civil Action No. 1:26-cv-01697-DLF |

**PROPOSED ORDER**

This matter came before the Court on Timothy D. Intelisano's Motion to Withdraw as Defendant George Washington University ("Motion").

Upon consideration of the Motion and the record herein, and it appearing that good cause exists to grant the Motion, it is

**ORDERED** this ____ day of __________, 2026, that the Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that Timothy D. Intelisano's appearance on behalf of Defendant George Washington University is withdrawn; and it is

**FURTHER ORDERED** that Jennifer E. Robins and Saul Ewing LLP shall remain as counsel for Defendant George Washington University in this matter.

___________________________________
United States District Judge

**\COPIES TO:**

Jennifer E. Robins
Jennifer.robins@saul.com

Hande Muge Aksu
handemaksu@hotmail.com